```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000306
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
  For: JODY GRIFFITH
  Case/Party: D-ALM-2-07-CV-000749-001
  Amount:         $30.00
------------------------------------
MONEY ORDER
  Remitter: JODY GRIFFITH
  Check/Money Order Num: 20024439281
  Amt Tendered:   $30.00
------------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00
```

DALM2:07CV000749-MEF

JODY GRIFFITH

C/O LIMESTONE CORRECTIONAL FACILITY

28779 NICK DAVIS ROAD

HARVEST, AL  35749