**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gary Anderson, CO
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL
36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vermily_  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Bruce Vermily    9-10-0

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

07Cv 749
Cnpt Proc ord

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 1490 0000 0026 6336

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Peterson
Kilby Carr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057

A. Signature

X _Bruce Vermily_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Bruce Vermily    9-16-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

07cv 749
Cmp + Procord

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0000 0026 6343

02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt