IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JODY EDWIN GRIFFITH, #249 169      *

    Plaintiff,      *

    v.      *      2:07-CV-749-MEF

GARY ANDERSON, *et al.*,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Discovery and Production of Documents. The record reflects that Defendants are under order to file a special report to include relevant affidavits, documents, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that Plaintiff's Motion for Discovery and Production of Documents (Doc. No. 7) be and is hereby DENIED at this time.

Done, this 20th day of September 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE