IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 24 A 11: 18
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jody Edwin GRIFFITH,

    plaintiff,

vs.                              Case No: 2:07-CV-749-MEF

Gary ANDERSON, et al.,

    defendants.

---

PLAINTIFF'S DEMAND FOR JURY TRIAL

---

    Comes now, the Plaintiff, pursuant to Rule 38(b), Fed.R.Civ.P, and asserts his constitutional right to a jury trial in the above-styled cause. The Plaintiff further requests this Honorable Court to assign this case to its jury trial docket.

    Respectfully submitted on this 20th day of September, 2007.

                                                                Jody Griffith
                                                                pro se

## CERTIFICATE OF SERVICE

I hereby swear or affirm that I have served a copy of the foregoing 'PLAINTIFF'S DEMAND FOR JURY TRIAL' on defendants by placing the same in the U.S. Mail, postage prepaid, addressed to the Alabama Department of Corrections, Legal Division, P.O. Box 301501, Montgomery, Alabama 36130, on this 20th day of September 2007.

_____
Jody Griffith

Jody Griffith 244169
Limestone C.F. E-18B
28779 Nick Davis Rd
Harvest, Al. 35749

HUNTSVILLE / HSV
21 SEP 2 L

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

USA First-Class

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711