IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 OCT -3 A 10: 20
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Jody Edwin GRIFFITH,

    plaintiff,

vs.       Case No: 2:07-CV-749-MEF

Gary ANDERSON, et al.,

    defendants.

---

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

---

Comes now, the Plaintiff, pursuant to 28 §1915 U.S.C.A., requests this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is indigent and has been granted forma pauperis status by this court.

2. The plaintiff is unable to afford counsel.

3. The issues in this case involve complex issues of law.

4. The plaintiff is a layman with a limited knowledge of the law and rules of federal procedure.

5. Appointing counsel to represent and assist plaintiff would serve the interests of justice.

1

Wherefore, based on these facts, the plaintiff requests this Honorable Court to appoint counsel to represent him in this case.

Respectfully submitted on this 20th day of September, 2007.

*Jody Griffith*
pro se

## CERTIFICATE OF SERVICE

I hereby swear or affirm that I have served a copy of the foregoing 'PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL' on defendants by placing the same in the U.S. Mail, postage prepaid, addressed to the Alabama Department of Corrections, Legal Division, P.O. Box 301501, Montgomery, Alabama 36130, on this 20th day of September 2007.

*Jody Griffith*
pro se

Of Counsel:

Jody Edwin Griffith
Limestone C.F. E-18B
28779 Nick Davis Road
Harvest, AL. 35749

STATE OF ALABAMA

COUNTY OF LIMESTONE

<u>AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S<br>MOTION FOR THE APPOINTMENT OF COUNSEL</u>

JODY GRIFFITH, BEING DULY SWORN, DEPOSES AND SAYS:

1. I am the plaintiff in the above-entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The plaintiff in this case alleges he was assaulted by correctional staff, refused immediate medical treatment by officers, and then given inadequate medical treatment by medical personnel.

3. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4. The plaintiff has demanded a jury trial.

5. The case will require discovery of documents and dispositions of a number of witnesses.

6. The testimony will be in sharp conflict, since the plaintiff alleges that the defendant assaulted him, while the

1

defendant, in a disciplinary hearing, claimed no physical contact at all.

7. The plaintiff has only a high school education and has no legal education.

8. The plaintiff is serving a sentence in administrative segregation and has limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating interviewing the other inmates who were eyewitnesses to his assault.

9. As set forth in this Memorandum of Law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

WHEREFORE, the plaintiff's motion for the appointment of counsel should be granted.

_____
Jody Griffith

NOTARY PUBLIC

Sworn before me this
28th day of September, 2007.

_____
Notary Public

My commission expires:
9-8-2010