IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JODY EDWIN GRIFFITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:07-CV-749-MEF |
| **GARY ANDERSON, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANT(S)

COMES NOW Defendants Gary Anderson and Anthony Peterson, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

Defendants are entitled to qualified immunity.

Defendants are entitled to sovereign immunity under the Eleventh Amendment to the United States Constitution

Respectfully submitted,

TROY KING
Attorney General


*/s/ Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 16th day of October, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jody Edwin Griffith, AIS 249169
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

*/s/ Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General