IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JODY EDWIN GRIFFITH, #249 169     *

    Plaintiff,                          *

    v.                                *          2:07-CV-749-MEF

GARY ANDERSON, *et al*.,               *

    Defendants.                         *

_____

**ORDER**

Upon review of the special report and supporting evidentiary material filed by Defendants, it is

ORDERED that on or before October 31, 2007 Defendants file a supplemental special report which advises the court as to whether the incident made the subject of the instant complaint was forwarded to  I&I for further investigation and, if so, file any and all documentation, records, *etc*.,  generated as a result of that investigation.

Done, this 17th day of October 2007.

            /s/ Terry F. Moorer
            TERRY F. MOORER
            UNITED STATES MAGISTRATE JUDGE