IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Jody Edwin Griffith,

    plaintiff,

vs.                          Case Number: 2:07-CV-749-MEF

Gary Anderson, et al.,

    defendants.

---

MOTION FOR LEAVE TO AMEND COMPLAINT

---

    Comes now, Jody Griffith, plaintiff, pro se, in the above-styled cause, pursuant to Rules 15(a) and 19(a), FRCP, and requests leave to file an amended complaint identifying previously unknown defendants, and submits the following in support thereof:

    1. In his original complaint filed on August 14, 2007, Griffith named as defendants several individuals whose names were then unknown.

    2. Pursuant to documents obtained through discovery, Griffith has learned the identities of these individuals and wishes to amend the complaint accordingly.

1

3. Subsequent to filing the complaint, Griffith has discovered that the defendant originally referred to as "Unknown Peterson" is actually "Anthony Peterson". Paragraphs 5, 11, 25, 49, and 50 of the facts of the case, and paragraphs A(ii), B(ii), and C(ii) of the relief sought, should be amended to reflect this defendant's identity.

4. Subsequent to filing the complaint, Griffith has discovered that the defendant originally referred to as "Nurse Jane Doe" is actually "Alfreda Dulaney". Paragraphs 6, 28, 29, 30, 37, and 51 of the facts of the case, and paragraphs A(iii), and B(iii) of the relief sought, should be amended to reflect this defendant's identity.

5. Subsequent to filing the complaint, Griffith has discovered that the defendant originally referred to as "Nurse John Doe" is actually "Herbert Leverette". Paragraphs 6, 28, 29, 31, 32, 33, 37, 38, and 51 of the facts of the case, and paragraphs A(iii) and B(iii) of the relief sought, should be reflected to amend this defendant's identity.

6. This court should grant leave freely to amend a complaint. *Foman v. Davis*, 371 US 178, at 182, 83 S Ct. 227 (1962); *Interroyal Corp. v. Sponseller*, 889 F. 2d 108, at 112 (6th Cir), cert denied 494 US 1091 (1990).

Wherefore, based on the foregoing facts, Plaintiff requests this Honorable Court to amend the complaint against the defendants. Respectfully submitted on this 7th day of November 2007.

*Jody Griffith*, pro se

## Certificate of Service

I hereby swear and affirm that I have served a copy of the foregoing 'Motion for Leave to Amend Complaint' on the defendants by placing a copy of the same in the U.S. Mail, postage prepaid, addressed to the Alabama Dept. of Corrections, Legal Division, P.O. Box 301501, Montgomery, Alabama, 36130, on this 7th day of November, 2007.

*Jody Griffith*

Jody Griffith 247167
Limestone C.F. E-18B
28779 Nick Davis Rd
Harvest, Al. 35749

MONTGOMERY AL 358
09 NOV 2007 PM

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711