IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JODY EDWIN GRIFFITH, #249 169 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-749-MEF |
| GARY ANDERSON, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Before the court is Plaintiff's Motion for Leave to File an Amended Complaint. *(Doc. No. 18.)* Plaintiff provides the identify of two unknown defendants previously only identified as "Nurse Jane Doe" and "Nurse John Doe" in the complaint. Upon consideration of Plaintiff's motion, and for good cause, it is

ORDERED that:

1. The Motion for Leave to File an Amended Complaint (*Doc. No. 18*) be and is hereby GRANTED;

2. The Clerk is DIRECTED to take all necessary steps to amend the court docket to reflect that Alfreda Dulaney and Herbert Leverette are named defendants;[1]

3. Defendants Dulaney and Leverette undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether

---

[1] A review of the docket reflects that counsel has entered an appearance on behalf of Defendant Anthony Peterson.

any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together;

    4. On or before **December 26, 2007** Defendants Dulaney and Leverette shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. *In cases involving medical treatment claims, the defendant(s) shall provide an affidavit from a named defendant or other health care professional which (i) contains a detailed explanation of the treatment provided to the plaintiff, and (ii) interprets the information contained in the medical records <u>relevant to the claims presented in the complaint</u>.* Authorization is hereby granted to interview all witnesses, including Plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where Plaintiff's claims or Defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

    5. An answer shall be filed by Defendants Dulaney and Leverett on or before **December 26, 2007**;

    6. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

The CLERK is hereby DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order, the complaint and amendment to the complaint to Alfreda Dulaney, Herbert Leverette, counsel of record, and to the General Counsel for Prison Health Services, Inc.

Done, this 13th day of November 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE