| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X _(signed)_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name): Miguel Rogers   C. Date of Delivery: 11/16/07 |

Herbert Leverette
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv749
amd cmp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7006 2760 0005 4873 0645
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540