**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Alfreda Dulaney
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Paul Rogers
☐ Agent
☐ Addressee

B. Received by (Printed Name): PAUL Rogers
C. Date of Delivery: 11/16/07

address different from item 1? ☐ Yes
er delivery address below: ☐ No

07cv799
amdcmp
doc 19

☐ Certified Mail  ☐ Express Mail
☑ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7006 2760 0005 4873 0638

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540