IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC -5 A 9: 41

Jody Edwin Griffith,

    plaintiff,

vs.                          Case Number: 2:07-CV-749-MEF

Gary Anderson, et al.,

    defendants.

---

### PLAINTIFF'S STATEMENT OF DISPUTED FACTS

---

Comes now, Jody Griffith, plaintiff, pro se, in the above-styled cause, pursuant to Rule 56, Fed.R.Civ.P, and submits the following:

### *Genuine Issues of Material Fact*

The evidence currently before this court demonstrates the need for a jury to be empanelled to determine the following genuine issues of material fact:

1. Whether Griffith refused to obey a direct order from Officer Anderson to be handcuffed (or un-handcuffed)?

2. Whether Griffith refused to obey a direct order from Officer Anderson to get out of the shower?

3. Whether Griffith offered any resistance when Officer Anderson entered the shower area and began to physically assault Griffith?

1

4. Whether the force utilized by Officer Anderson was applied in a good faith effort to maintain or restore discipline or maliciously and sadistically applied to cause harm to Griffith?

5. Whether Officer Anderson utilized unnecessary and excessive use of force against Griffith?

6. Whether Officer Anderson unlawfully assaulted Griffith with his hands, feet, and/or a baton?

7. Whether Officer Anderson falsified documents during the course of the investigation in an attempt to conceal his assault against Griffith?

8. Whether Officer Anderson violated Griffith's constitutional rights by intentionally withholding medical treatment for Griffith's medical injuries?

9. Whether Officer Anderson violated departmental regulations and protocol involving protective custody inmates?

10. Whether Officer Peterson violated Griffith's constitutional rights by furnishing Officer Anderson with the baton used to assault Griffith?

11. Whether Officer Peterson was complicit in the assault and attempted to conceal the assault by falsifying statements following the incident?

12. Whether Officer Peterson violated Griffith's constitutional rights by intentionally withholding medical treatment for Griffith's medical injuries?

13. Whether nurse Leverette violated Griffith's constitutional rights by intentionally withholding medical treatment for Griffith's injuries?

14. Whether nurse Leverette violated Griffith's constitutional rights byrefusing to document Griffith's injuries, and showing deliberate indifference to Griffith's pain and suffering?

15. Whether nurse Dulaney violated Griffith's constitutional rights by intentionally withholding medical treatment for Griffith's injuries?

16. Whether nurse Dulaney violated Griffith's constitutional rights byrefusing to document Griffith's injuries, and showing deliberate indifference to Griffith's pain and suffering?

Wherefore, the Plaintiff requests the court to recognize these disputed controversies as genuine issues of material fact. Respectfully submitted this 30th day of November, 2007.

_____
Jody Griffith

## CERTIFICATE OF SERVICE

I hereby swear and affirm that I have served a copy of the foregoing 'Plaintiff's Statement of Disputed Facts' on the defendants by placing a copy of the same in the U.S. Mail, postage prepaid, addressed to Benjamin H. Albritton, Assistant Attorney General, Office of the Attorney General, 11 S. Union Street, Montgomery, AL 36130, and Alabama Department of Corrections, Legal Division, P.O. Box 301501, Montgomery, AL, 36130, on this 30th day of November, 2007.

_____
Jody Griffith