IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JODY EDWIN GRIFFITH, #249 169 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-749-MEF |
| GARY ANDERSON, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

The court has reviewed Plaintiff's response filed December 5, 2007. To the extent said pleading is construed to contain a motion to strike Defendants' answer and written report, as supplemented, and a motion to remove counsel of record, it is

ORDERED that the motions (*Doc. No. 23*) be and are hereby DENIED.

Done, this 6th day of December 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE