IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Jody Edwin GRIFFITH,

        plaintiff,

vs.                                    Case No: 2:07-CV-749-MEF

Gary ANDERSON, et al.,

        defendants.

---

## AMENDED MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS

---

Comes now, the plaintiff, Jody Griffith, pursuant to Rules 26 and 34, Fed.R.Civ.P, and moves this Honorable Court to supplement the discovery material provided by the Defendants, and submits the following in support thereof:

1. On September 13, 2007, Plaintiff filed a 'Motion for Discovery and Production of Documents', asking the Defendants to produce various documents and exhibits in support of his §1983 claims.

1

2. On September 20, 2007, the court denied Plaintiff's motion on the grounds that the Defendants were already "under order to file a special report to include relevant affidavits, documents, records, and rules, regulations, and/or guidelines in response to the allegations presented by plaintiff" and further granted leave to reconsider discovery at a later time.

3. The Defendants filed a supplemental Special Report on October 31, 2007, and attached some of the documents related to the case as exhibits.

4. Plaintiff submits that additional discovery materials and documents exist that support his claims and version of events, but these materials were not provided by the Defendants.

5. Wherefore, Plaintiff respectfully requests the court to revisit the issue of discovery in light of the Defendants response, and further order the Defendants in this case to produce the following supplemental documents and materials:

   a. Copies of all the photographs that were taken of Plaintiff's injuries. The I & I investigation states that a total of seventeen (17) photographs were taken of Plaintiff's injuries, but the Defendants only supplied nine (9) of them to this court. Plaintiff also requests the Defendants to produce photographs themselves (or photo quality prints) of all seventeen (17) photographs, and not "Xerox" copies like the ones that were previously provided.

    b. Copies of Officer Anderson's and Officer Peterson's personnel files from the Alabama Department of Corrections, showing that Anderson and Peterson received disciplinary action as a result of the assault against Plaintiff.

    c. A listing of all other incidents involving the use of force by Officer Anderson and/or Officer Peterson.

    d. Plaintiff's complete medical file showing that he was treated in the days following the incident. (The Defendants only provided the records from the date of the incident, not any of the follow-up records.)

Respectfully submitted,

*Jody D Griffith*
Jody Griffith
Plaintiff, pro se

Jody Griffith #249169
E-18 Limestone CF
28779 Nick Davis Road
Harvest, AL 35749

## CERTIFICATE OF SERVICE

I hereby swear or affirm that I have, on this 28th day of December, 2007 served a copy of the foregoing 'Amended Motion for Discovery and Production of Documents' on the defendants by placing the same in the U.S. Mail, postage prepaid, addressed as follows:

Benjamin H. Albritton, AAG
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama, 36130

*Jody Griffith*

Jody Griffith 249169
Limestone C.F. E-18B
28779 Nick Davis Rd.
Harvest, AL. 35749



HUNTSVILLE / HVS
AL 358
28 DEC 2007 PM 2 L

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101+0711