IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JODY EDWIN GRIFFITH, #249 169     *

    Plaintiff,     *

    v.     *     2:07-CV-749-MEF

GARY ANDERSON, *et al.*,     *

    Defendants.     *

_____

**ORDER**

For good cause, it is

ORDERED that on or before January 22, 2008 Defendants Dulaney and Leverette shall SHOW CAUSE for failing to comply with the court's November 13, 2007 order directing them to file a written report to Plaintiff's complaint, as amended, on or before December 26, 2007.  (*See Doc. No. 19*.)

It is further ORDERED that on or before January 22, 2008 Defendants Dulaney and Leverette shall FILE their written report in compliance with the court's November 13, 2007 order.

Done, this 9th day of January 2008.

                /s/ Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE