IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JODY EDWIN GRIFFITH, #249 169    *

    Plaintiff,    *

v.    *    2:07-CV-749-MEF

GARY ANDERSON, *et al.*,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's amended/ renewed request to conduct discovery, and for good cause, it is

ORDERED that:

1. The motion (*Doc. No. 26*) be and is hereby GRANTED with respect to the discovery requests contained in ¶¶ (a) and (b).

2. The motion (*Doc. No. 26*) be and is hereby DENIED with respect to the discovery request contained in ¶ (d) to the extent Plaintiff seeks production of his complete medical file. Plaintiff's request for medical records is MODIFIED to the extent that Defendants shall PRODUCE copies of Plaintiff's medical records covering the period from November 23, 2006 to December 23, 2006 which have NOT heretofore been filed with the court; and

3. The motion (*Doc. No. 26*) be and is hereby DENIED with respect to the discovery request contained in ¶ (c) in which Plaintiff seeks production of documents which (i) address privileged matters, (ii) would undermine prison security, (iii) are cumulative and/or

duplicative in nature to information provided in the special report(s), (iv) are overly broad; (v) are irrelevant to a determination of the constitutional issues before this court, and/or (vi) would be overly burdensome on Defendants.

Done, this 9th day of January 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE