IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JODY EDWIN GRIFFITH, #249 169 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-749-MEF |
| GARY ANDERSON, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

It is

ORDERED that on or before **February 11, 2008** Defendants shall comply with the court's January 9, 2008 discovery order. Defendants shall file a copy of the allowable discovery with the court and serve a copy on Plaintiff.

Done, this 24th day of January 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE