IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JODY EDWIN GRIFFITH, #249 169 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-749-MEF |
| GARY ANDERSON, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

On January 9, 2008 the court ordered Defendants Dulaney and Leverette to show cause on or before January 22, 2008 for failing to comply with the court's November 13, 2007 order which directed them to file a written report to Plaintiff's complaint, as amended, on or before December 26, 2007. The court's January 9 order further directed Defendants Dulaney and Leverette to file their written report on or before January 22, 2008. Defendants Dulaney and Leverette have failed to comply with the January 9 order to show cause. Accordingly, it is

ORDERED that on or before **February 4, 2008** Defendants Dulaney and Leverette SHOW CAUSE why sanctions should not be imposed for their continued failure to comply with the orders of the court. The Clerk is DIRECTED to furnish a copy of this order to the General Counsel for Prison Health Services, Inc., and serve a copy of this order by certified mail on Defendants Dulaney and Leverette.

Done, this 25th day of January 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE