| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X *Bruce Vermlett* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Bruce Vermlett  C. Date of Delivery: 1-25-08 |
| Herbert Leverette<br>Kilby Correctional Facility<br>P. O. Box 150<br>Mt. Meigs, AL 36057-0150 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 07-749 Order #30 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0026 5735 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540