- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alfreda Dulaney
Kilby Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057-0150

07-749 Order #30

A. Signature
X _____ Bruce Vermilyn _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Bruce Vermilyn
C. Date of Delivery: 1-25-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 5728

PS Form 3811, February 2004   Domestic Return Receipt   95-02-M-