## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JODY EDWIN GRIFFITH, #249169,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **GARY ANDERSON, OFFICER PETERSON, ALFREDA DULANEY AND HERBERT LEVERETTE,** | ) Civil Action No.: 2:07-cv-00749-MEF-TFM ) ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE

Please take notice that William R. Lunsford of Maynard, Cooper & Gale, P.C., hereby enters an appearance on behalf of Alfreda Dulaney and Herbert Leverette, two of the defendants in the above-captioned case, and requests the Court provide all notices to the undersigned counsel at the address set forth below.

Respectfully submitted this 30th day of January, 2008,

s/ William R. Lunsford
One of the Attorneys for Alfreda Dulaney and Herbert Leverette

**OF COUNSEL:**

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court and mailed via regular U.S. mail to the following:

Jody Edwin Griffith
AIS 249169
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

Benjamin Howard Albritton
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

                                                          s/ William R. Lunsford
                                                          Of Counsel