IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JODY EDWIN GRIFFITH, #249169,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **GARY ANDERSON, OFFICER** ) | Civil Action No.: 2:07-cv-00749-MEF-TFM |
| **PETERSON, ALFREDA DULANEY AND** ) | |
| **HERBERT LEVERETTE,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER

COME NOW, Defendants ALFREDA DULANEY and HERBERT LEVERETTE ("Defendants") and file this Motion for Extension of Time to Comply with this Court's January 24, 2008, Order to Show Cause. Defendants respectfully request that this Court extend their deadline to respond in accordance with the terms and conditions of this Court's January 24, 2008, Order, and permit the above-referenced Defendants to submit their response on or before February 11, 2008. As grounds for this Motion, Defendants state as follows:

1.  Though this action was initially filed on August 22, 2007, Plaintiff did not amend her Complaint until November 13, 2007, to specifically include Defendants as named parties to this action. More importantly, Plaintiff has failed as of this date to properly effect service of process of this action upon them in accordance with Rule 4(e) of the <u>Federal Rules of Civil Procedure</u>. As evidenced by the docket of this matter, service of the Summons and Complaint was effected upon Paul Rogers, not Defendants.

2.  Undersigned counsel for Defendants received notice of the pendency of this action and the Court's January 24, 2008, Order to Show Case within the last twenty-four (24) hours and has not yet had the opportunity to conduct any significant investigation into facts and/or circumstances regarding the institution of this action, the facts pertaining to the attempted

service of the Summons and Complaint upon Defendants and/or the allegations set forth in the Complaint and/or Amended Complaint.

3. Given the recent notice of this action, undersigned counsel respectfully requests additional time to provide an accurate and complete recitation of facts pertaining to the Court's request for Defendants to show cause why they have not yet appeared in this action and/or filed their Special Report and Answer. Permitting Defendants additional time to respond to this Court's outstanding directive will not prejudice Plaintiff, result in any hardship upon Plaintiff or otherwise compromise her ability to prosecute this action.

WHEREFORE, PREMISES CONSIDERED, Defendants ALFREDA DULANEY and HERBERT LEVERETTE respectfully request that this Court extend their deadline to respond in accordance with the terms and conditions of this Court's August 7, 2007, Order, and permit the above-referenced Defendants to respond to the Court's January 24, 2008, Order to show cause.

Respectfully submitted this 30th day of January, 2008,

/s/ William R. Lunsford
One of the Attorneys for Alfreda Dulaney and Herbert Leverette

**OF COUNSEL:**

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court and mailed via regular U.S. mail to the following:

Jody Edwin Griffith
AIS 249169
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

Benjamin Howard Albritton
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

                                         s/ William R. Lunsford
                                         Of Counsel