IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JODY EDWIN GRIFFITH, #249 169    *

    Plaintiff,            *

    v.                   *             2:07-CV-749-MEF

GARY ANDERSON, *et al.*,      *

    Defendants.        *

_____

**ORDER ON MOTION**

Defendants Dulaney and Leverette have filed a motion for extension of time to respond to the court's January 24, 2008 show cause order. Upon consideration of the motion, and for good cause, it is ORDERED that:

1. Defendants Dulaney and Leverette's motion for extension of time (*Doc. No. 37*) be and is hereby GRANTED; and

2. Defendants Dulaney and Leverette are GRANTED an extension from February 4, 2008 to and including March 5, 2008 to file their response to the court's January 24 order and to file their answer and written report to Plaintiff's complaint, as amended, as directed by order entered November 13, 2007.

Done, this 31st day of January 2008.

                         /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE