IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JODY EDWIN GRIFFITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:07-CV-749-MEF |
| **GARY ANDERSON, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW, *Gary Anderson and Anthony Peterson*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX   This party is an individual, or

XX   This party is a governmental entity (in official capacities), or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____   _____

_____   _____

                                          Respectfully submitted,
                                        TROY KING
                                        Attorney General

                                        */s/ Benjamin H. Albritton*
                                        Benjamin H. Albritton (ASB-0993-R67B)
                                        Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 1st day of February, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jody Edwin Griffith, AIS 249169
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

*/s/ Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General