IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

JODY EDWIN GRIFFITH, #249169,

    Plaintiff,

v.    CASE NO. 2:07-CV-00749-MEF-TFM

GARY ANDERSON, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Alfreda Dulaney, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity    Relationship to Party

_____    _____

_____    _____

_____    _____

2/4/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Alfreda Dulaney and Herbert Leverette
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| JODY EDWIN GRIFFITH, #249169 ) <br> _____, ) <br>       ) <br>       Plaintiff,   ) <br>       ) <br> v.    ) <br>       ) <br> GARY ANDERSON, et al.   ) <br> _____, ) <br>       ) <br>       Defendants,   ) | CASE NO.  2:07-CV-00749-MEF-TFM |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  Herbert Leverette , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 2/4/2008                            /s/ William R. Lunsford
   Date                                  (Signature)

                              William R. Lunsford
                              (Counsel's Name)

                              Alfreda Dulaney and Herbert Leverette
                              Counsel for (print names of all parties)

                              655 Gallatin Street, Huntsville, AL 35801
                              Address, City, State Zip Code

                              (256) 551-0171
                              Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, William R. Lunsford, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4th day of February 2008, to:

Jody Edwin Griffith, AIS 249169, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35749

Benjamin Howard Albritton, Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, AL 36130

2/4/2008                                    /s/ William R. Lunsford
Date                                         Signature