**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JODY EDWIN GRIFFITH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:07-CV-749-MEF** |
| **GARY ANDERSON, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS

COME NOW the Defendants, **Gary Anderson** and **Anthony Peterson**, by and through undersigned counsel, and in accordance with this Honorable Court's January 9 and January 24, 2008, Orders, (Docs. 28 & 29) provide the following responses to the Plaintiff's requested discovery:

a. Copies of all the photographs that were taken of Plaintiffs injuries. The I & I investigation states that a total of seventeen (17) photographs were taken of Plaintiffs injuries, but the Defendants only supplied nine (9) of them to this court.  Plaintiff also requests the Defendants to produce l) photographs themselves (or photo quality prints) of all seventeen (17) photographs, and not "Xerox" copies like the ones that were previously provided.

RESPONSE:  Despite having produced to the Plaintiff high quality photocopies of the pictures previously, attached are photo quality copies on photo paper of the 17 Polaroid photos taken.

b.   Copies of Officer Anderson's and Officer Peterson's personnel files from the Alabama Department of Corrections, showing that Anderson and Peterson received disciplinary action as a result of the assault against Plaintiff.

RESPONSE:   Attached from Officer Anderson's personnel file is the Recommendation for Personnel Action with the letter from Commissioner Allen describing the particular discipline given to Officer Anderson as a result of the incident made the basis of the suit.   Officer Anderson's Social Security number and salary information have been redacted.   Officer Peterson had no involvement in the incident made the basis of this suit and was therefore not disciplined by the Department.

c. Plaintiff's medical records covering the period from November 23, 2006 to December 23, 2006 which have NOT heretofore been filed with the court.

RESPONSE:   attached

Respectfully submitted,

TROY KING
Attorney General

*/s/ Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 11th day of February, 2008, served a copy of

the foregoing to all parties via electronic filing and upon the Plaintiff by placing same in

the United States Mail, postage prepaid and properly addressed as follows:

Jody Edwin Griffith, AIS 249169
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General



Jody Griffith
w/249169
11/24/06



Jody Griffith  11/24/06
w/249169



Left Arm     Jody Griffith
11/24/06     w/249169



Left Arm     Jody Griffith
11/24/06     w/249169



Jody Griffith
W/ 249169                    11/24/06

Left Hip  Jody Griffith
          W/ 249169
11/24/06





Left
upper leg    Jody Griffith
             W/ 249169
             11/24/06

Jody Griffith
W/ 249169            11/24/06



Jody Griffith
cw/249169.
11/24/06



Right / Left 11/24/06
lower leg / Toe.
Jody Griffith
cw/249169



Left    Jody Griffith
Knee    cw/249169
        11/24/06



Jody Griffith W/249169
11-27-06  LAL



Jody Griffith W/249169
11-27-06  CAL



Jody Griffith W/249169
11-27-06  CBL



Jody Griffith W/249169
11-27-06  LAL



Jody Griffith w/a49169
11-27-06 CJC



Jody Griffith w/a49169
11-27-06 Jd

# STATE OF ALABAMA PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

| 1. Name of Employee | | | 2. Social Security Number | 3. Salary |
|---|---|---|---|---|
| **Gary** | **L** | **Anderson** | | |
| First | MI | Last | | |

| 4. Position Number | 5. Class Title/Code | 6. Class Option Title/Code |
|---|---|---|
| 0667000 | **Correctional Officer**  (  **60711**  ) | (      ) |

| 7. Department | 8. Division/Code | 9. Effective Date |
|---|---|---|
| **Corrections** | **Kilby Correctional Facility**  (  **2000**  ) | **March 22, 2007** |

| INSTRUCTIONS | KIND OF ACTION | |
|---|---|---|
| Item 11 requires signature of both department heads. | 10. Transfer within department . . . . . . . . . . . . . ☐ | 18. Retirement . . . . . . . . . . . . . . . . . . . . . . . . . ☐ |
| | | Disability . . . . . . . . ☐   Service . . . . . . . . . ☐ |
| Items 11, 13, 14, 15, 21 require approval of Personnel Director before action is official. | 11. Transfer to another department . . . . . . . . . . ☐ | 19. Expiration of temporary appointment . . . . . . . . . ☐ |
| | 12. Suspension . . . . . . . . . . . . . . . . . . . . . . ☒ | 20. Expiration of provisional appointment . . . . . . . ☐ |
| Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached. | 13. Demotion . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | 21. Leave without pay. . . . . . . . . . . . . . . . . . . . . ☐ |
| | 14. Layoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | 22. Returned from LWOP . . . . . . . . . . . . . . . . . ☐ |
| Item 17 should have copy of letter of resignation or confirmatory letter from department attached. | 15. Dismissal . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | 23. Returned from military leave. . . . . . . . . . . . . . ☐ |
| | 16. Separation by death . . . . . . . . . . . . . . . . . . ☐ | 24. Change of name. . . . . . . . . . . . . . . . . . . . . . ☐ |
| | 17. Resignation . . . . . . . . . . . . . . . . . . . . . . ☐ | 25. Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ |

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department (Items 10 and 11) | | |
| 27. Division /Code (Items 10 and 11) | (      ) | (      ) |
| 28. County of Employment/Code (Items 10 and 11) | (      ) | (      ) |
| 29. Class Title/Code (Items 10, 11, 13) | (      ) | (      ) |
| 30. Class Option/Code (Items 10, 11, 13) | | |
| 31. Dates (Items 12, 21, 22, and 23) | **March 22, 2007** | **April 5, 2007** |
| 32. Name (Item 24) | | |

| 33. If action is separation, is reemployment recommended? | Yes | No | (If "No," explanation must be given.) |
|---|---|---|---|

**34. Remarks:**

See attached letter to employee.

**Off Days: Tuesday & Wednesday**

| 35. Signed (Appointing Authority) | *Richard F Allen* | Date 7/8/07 |
|---|---|---|
| 36. Signed (Appointing Authority) | | Date |
| 37. Approved (Personnel Director) | | Date |

| ACTION | SEX | RACE | CO RES | EDU | VP | DEPT | DIV | EMP TYPE | CO EMP | PART TIME | HOW PAID | RANGE DIFF | EMP SUB | ANNUAL RAISE | PROBATION END DATE | LEAVE STATUS | RFI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



**BOB RILEY**
GOVERNOR

**RICHARD F. ALLEN**
COMMISSIONER

March 9, 2007

Mr. Gary L. Anderson, CO
Kilby Correctional Facility
Mt. Meigs, Alabama 36057

Dear Mr. Anderson:

After having reviewed the recommendation of Warden Arnold M. Holt, your waiver of a due process disciplinary hearing and your overall work record, you are hereby suspended without pay for a period of fifteen (15) days to be effective March 22, 2007 through April 5, 2007 inclusive. You will be charged leave without pay (LWOP) for your off days and will return to duty on April 12, 2007.

The Warden of Kilby Correctional Facility called for an investigation by the Investigation and Intelligence Division regarding an incident that on November 23, 2006 regarding your alleged abuse of an inmate by using excessive force on the inmate after a dispute between the two (2) of you.

You removed the Inmate from the shower after a verbal dispute between the two (2) of you. The Inmate received numerous abrasions and contusions to the left side of his body from his head to his foot. You maintained that the inmate received those injuries by falling out of the shower and rolling on the floor. The Investigation revealed that you committed departmental violations and assaulted the inmate by using excessive force. You stated that you placed the Inmate in the segregation shower on C-Block and that another officer was there with you during the incident when actually the officer was in the Segregation Unit. The Officer's signed .statement and verbal statement to the Investigator stated that he was not with you during the incident but was working on Segregation D-Block showering inmates.

You informed the Sergeant that you had an incident in the Segregation Unit when an inmate slipped and fell while coming out of the shower area. The Sergeant was the only supervisor on duty at the time but was feeding chow. You also informed the Sergeant that the Inmate tripped over the shower threshold, fell and scratched his ankle. The Sergeant then instructed you to get a body chart on the Inmate.

Page 2
Mr. Gary L. Anderson

An officer escorted the inmate to West Ward to receive a body at approximately 6:15 p.m. The Sergeant received the medical report showing only a small abrasion to the left wrist. The Inmate was treated and released by the LPN. The Officer informed the Investigator that during the first (1st) body chart that he did observe injuries to the leg of the Inmate and that the Inmate showed him his injuries at that time. The Officer further stated that the Inmate showed his injuries to the LPN but the LPN completed the first (1st) body chart. At approximately 8:30 p.m. the Officer informed the Sergeant that the Inmate needed to talk with him. At approximately 8:35 p.m. the Sergeant entered the Segregation Unit and talked with the Inmate, who insisted that he was assaulted by you. The Inmate stated that he was assaulted for no reason and that another inmate had witnessed it all.

The Sergeant questioned the two (2) nurses as to why the body chart did not show all of the injuries on the Inmate. The Sergeant was advised by the LPN that the Inmate was uncooperative and verbally disrespectful toward him. The LPN further stated that the Inmate told him that he hurt all over and all the Inmate showed him was his wrist. At 9:40 p.m. the Sergeant instructed an officer to escort the Inmate to the Segregation Office where the Inmate received another body chart.

The second (2nd) body chart was conducted at 9:40 p.m. by the LPN which revealed minor abrasions with no bleeding, abrasions noted to the third (3rd) toe on the left foot, abrasions noted to the left posterior thigh, a bruise to the left lateral hip, a bruise to the left interior hip, a bruise to the left lateral shoulder, an abrasion to the left interior forearm, a small abrasion to the left wrist, a left lateral head abrasion, and an abrasion to the left eyebrow. The pictures taken by security supervisors on November 24, 2006 revealed injuries to the Inmate's left scalp, left shoulder, left hip, behind the left leg, left wrist area and a mark or bruise over the left eye.

The Nurse stated to the Investigator that she handled the initial phase of the first (1st) body chart on the Inmate when he first came to the Health Care Unit. The Nurse also stated that the Inmate did show her, as well as the Officer, his injuries to his left hip, left forearm and stated to her that he had trouble hearing out of his left ear. The Nurse then observed a red mark over his left eye and redness to his scalp area. The Nurse informed the Investigator that the LPN was responsible for completing the body chart.

The Sergeant instructed the Officer who supposedly witnessed the to write a statement regarding the incident but when he went to sign the first (1st) typed statement he refused to sign it because he said it contained some untruths. The Officer stated that he signed the second (2nd) statement, which was correct. The Officer stated in his second (2nd) signed statement that he was on D-Block conducting showers and did not witness the altercation between you and the Inmate that occurred on C-Block.

Page 3
Mr. Gary L. Anderson

The Inmate, who witnessed the incident, was questioned by the Investigator. The Witness stated that he and the other inmates were PC inmates and were being required to shower together. You slammed the door open on the Inmate while he was drying off and the door hit him on the head. The Witness stated that you stepped into the shower and began hitting the Inmate in the leg with your baton. The Witness also stated that you grabbed the inmate by the back of his neck, threw him down and slammed him down on his face. The Witness further stated that at this point he was ordered to get out of the shower area and return to his cell.

You failed to include all the details of the incident in your statement as to the total amount of force you used and the details of what made this incident escalate to the point that you felt you had to use excessive force to control this inmate. After the Warden talked you, you admitted that maybe you did use excessive force but the Inmate was refusing to follow your orders, was jerking away from you when you were trying to control him and was insubordinate towards you prior to you using force.

Your actions constitute a violation of the following standards under Administrative Regulation 208, Employees Standards of Conduct and Discipline:

1. Employees shall render full, efficient, and industrious service. (Section V, Paragraph A2)

2. Employees shall observe all laws, rules and regulations. (Section V, Paragraph A7)

3. Employees shall complete a written report (ADOC Form 302-A, Incident Report) of all unusual incidents that occur during a tour of duty. (Section V, Paragraph A15)

4. Each employee's conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution and of the inmates under his/her supervision. (Section V, Paragraph B)

5. Employees shall not abuse inmates in any manner. (Section V, Paragraph C5)

6. Employees shall not introduce into any institution or bring upon an ADOC state property any article or property that is not authorized by written directive nor has the approval of the Warden/Division Director. (Section V, Paragraph C10)

Page 4
Mr. Gary L. Anderson

7. Employees shall not apply physical force to an inmate, except and only to the degree that is reasonably necessary in self-defense, to prevent an escape, to prevent an injury to a person or the destruction of property, to quell a disturbance, or to restrain an inmate who exercises physical resistance to a lawful command. (Refer to AR 327, Use of Force) (Section V, Paragraph C17)

8. Employees shall not provide false information, alter an investigation or incident report, and/or intentionally omit facts pertinent to the inquiry. (Section V, Paragraph C20)

In determining the appropriate corrective action for the above violations, I have considered the following infractions:

1. Inattention to the job. (Administrative Regulation 208, Annex H, Number 16)

2. Taking into any ADOC facility any article, item, or property which is not authorized by regulation, or without the approval of the Warden/Director. (Administrative Regulation 208, Annex H, Number 17)

3. Serious violations of rules, policies, procedures, regulations, laws, or reasonable conduct expectations. (Administrative Regulation 208, Annex H, Number 18)

4. Abusive or excessive physical force in dealing in inmates. (Administrative Regulation 208, Annex H, Number 27)

5. Conduct that is disgraceful, on or off the job that does adversely affect an employee's effectiveness on the job. (Administrative Regulation 208, Annex H, Number 30)

A review of your overall work record reveals no active corrective action.

Page 5
Mr. Gary L. Anderson

The intent of this action is to emphasize the necessity for you to follow rules and regulations. Any similar infractions after this incident may result in further corrective action. Hopefully, your actions in the future will meet standards.

Sincerely,

Richard F. Allen
Commissioner

RFA:puf

CC:   Mrs. Jackie Graham, State Personnel Director
      Warden Arnold M. Holt, Kilby Correctional Facility
      Mrs. Dora Jackson, Departmental Personnel Director

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Griffith, Jody_          AIS# _249169_

Medication Allergies: _NKDA_

**Medical: Chronic (Long-Term) Problems**
        **Roman Numerals for Medical/Surgical**

**Mental Health Code: SMI  HARM  HIST  NONE**
        **Capital Letter for Psychiatric Behavior**

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 11-10-06 | PPD | Omm | | MS |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

ESCAPE SHEET LCF



11/9/2006

249169    GRIFFITH, JODY EDWIN

NAME: Griffith, Jody Erwin

AIS#: 249169          DOB: 09/11/1971    R/S: W/M

HEIGHT: 6'03"    WEIGHT: 135      HAIR: BRO

EYES: BLU              SSN: 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

CUSTODY: MED          AKA: N/A

CURRENT AGE: 35      EDUCATION LEVEL: 12th

NUMBER OF ESCAPES: 0      JOB SKILL: Corrections

SCARS/TATTOOS:    NONE

SENTENCE DATE: 08/14/2006    ADMIT DATE: 08/14/2006    RELEASE DATE: (min.) 02/21/2040
                                                                          (long)  02/21/2040

TOTAL TERM:      35 YRS  COUNTIES OF CONVICTION: Etowah

CRIMES:   Murder

EMERGENCY ADDRESS:    2272 Ross Lake Rd.  Wellington, AL 36279  (Parents)
                      256-492-5475

FAMILY MEMBERS:

SPOUSE:  None                    M-GRANDPARENTS:  Bill & Jimer Elliott

                                                 Lake Alfred, FL

MOTHER:  Reba Griffith – SEE EA    P-GRANDPARENTS:   Carl Griffith     256-492-3499

                                 2292 Ross Lake Rd.  Wellington, AL 36279

FATHER:  Randall Griffith – SEE EA

SIBLINGS:   Jared Griffith – 2540 Ross Lake Rd.  Wellington, AL 36279  (Cell) – 256-490-9979

CHILDREN:   Kirstin Griffith – SEE EA

Jordan Griffith – SEE EA

# IMMUNIZATION RECORD

Name _Griffith, Jordy_ AIS _249169_ D.O.B. _9-11-71_

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

## Influenza

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## TB  PPD

Date _11-10-06_ Result _0mm_    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____

Tetanus  Date _____ By _____
Tetanus  Date _____ By _____

# Chronic Disease Clinic Initial Baseline Medical Data Cont.

## Labs:

| Hgb A1C: | Hct: 44.5 | ALT: 24 | T. Chol: 214 | Triglycerides: 106 |
|---|---|---|---|---|
| CD4 Cell: | Hgb: 14.5 | BUN: 12 | LDL: 151 | INR: |
| HIV RNA VL: | AST: 20 | Creatinine: 1.1 | HDL: 42 | Other: |

## Assessment: Diagnoses

|  |  | Degree of Control | | | |
|---|---|---|---|---|---|
|  |  | G | F | P | N/A |
| 1. | HTN → Not on any medication, will ✓B.P x3 a week + reevaluate |  | ☒ | ☒ | ☐ |
| 2. | Hyperlipidemia |  | ☒ | ☐ | ☐ |
| 3. |  | ☐ | ☐ | ☐ | ☐ |
| 4. |  | ☐ | ☐ | ☐ | ☐ |
| 5. |  | ☐ | ☐ | ☐ | ☐ |

## Education Provided: (describe below)

**Disease process/abnormal labs:** Discussed about ↑B.P + risks associated c̄ ↑Lipids

**Medication mgmt (purposes, side effects):** Action, side effects + Benefits discussed

**Nutrition:** low fat, low cholesterol, low sodium

**Smoking/tobacco use:**

**Exercise:** Continue c̄ regular exercise

**Alcohol/substance abuse:**

**Other:**

| Inmate Name: Griffith, Jody | Number: 249169 | Institution: CCC | Date: 1/16/08 |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data

**Plan:**

Medication changes: _Zocor 20mg Po QHs, ASA EC 81mg Po QD_

**Diagnostics:**

| | | | |
|---|---|---|---|
| ☐ EKG | ☐ CBC | ☐ Hepatitis panel A/B/C | ☐ Liver enzymes |
| ☐ Chest x-ray | ☐ Medication levels | ☐ Toxoplasmosis AB | ☐ LFT |
| ☐ Lipid studies | ☐ HIV antibody | ☐ RPR | ☐ Sputum AFB smear |
| ☐ Chemistry | ☐ CD4 count | ☐ Pap smear | ☐ Sputum AFB culture |
| ☐ HgbA1C | ☐ Viral load | ☐ Platelet | |
| ☐ Urine micro albumin | ☐ HCV | ☐ UA | |

**Immunizations:**

☐ Influenza vaccine      ☐ Pneumococcal vaccine

**Other tests:** _____

_____

_____

**Monitoring:**

BP: _3_ times per day/week/month      Glucose: _____ times per/day/week/month      Peak flow:_____

Other: _____

**Referral:**

Specialist (indicate specialty and priority level) _____

_____

**Other chronic care program? (specify):** _____

**Number of days to next visit:** ☒ 30   ☐ 60   ☐ 90   ☐ Other: _____

**Additional Information:** _____

_Ø exercise_
_Ø smoking_
_2 meals in chow hall_
_Sandwiches, Chips_

| Inmate Name: _Griffith, Jody_ | Number: _249169_ | Institution: _LCF_ | Date: _1/16/08_ |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.          Page 4 of 4
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data

**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

# Chronic Disease Clinic
# Initial Baseline Medical Data

**Check all that apply and complete appropriate clinic HX:**

☐ Pulmonary/Asthma/COPD    ☒ HTN/CV    ☐ TB
☐ General Medical    ☐ Seizures    ☐ HIV
☐ Liver Disease/HCV    ☐ Diabetes
☐ Other: _____

| Personal Risk Factors: | | | Family History: | | | | Surgeries/Hospitalizations: |
|---|---|---|---|---|---|---|---|
| Y | N | | Y | N | | | |
| O | ☒ | Smoking: pack year___ | O | O | Anemia | | ∅ Surgery |
| O | ☒ | High Blood Pressure | O | O | Asthma | | |
| O | ☒ | High Cholesterol | O | O | Cancer: types___ | | |
| O | ☒ | Sedentary lifestyle | | | | | |
| O | ☒ | Obesity | O | ☒ | Diabetes | | |
| O | ☒ | Diabetes | O | ☒ | Heart disease | | |
| O | ☒ | Alcohol  Denies drinking | ☒ | O | High blood pressure  younger brother | | |
| O | O | | O | O | Kidney disease | | |
| O | ☒ | Substance Abuse:___ | O | O | Mental illness | | |
| O | O | | O | O | Sickle cell | | |
| O | ☒ | Injection drug use | O | O | Tuberculosis | | |
| ☒ | O | Multiple sexual partners | Both Parents + Younger brother | | | | |
| O | ☒ | Unsterile tattooing/body piercing | HTN, Hyperlipidemia | | | | |

**General Description/Chief Complaint: (Attach medication profile or list medications)**

_____

_____

_____

## Cardiovascular/Hypertension/Diabetes (Date of onset of symptoms:)

| Y | N | | Y | N | | Y | N | | Y | N | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Chest pain | ☐ | ☒ | Leg swelling | ☐ | ☒ | Dyslipidemia | ☐ | ☒ | Weight gain/loss |
| ☐ | ☒ | Shortness of breath | ☐ | ☒ | Claudication | ☐ | ☒ | Headache | ☐ | ☒ | Blurred vision |
| ☐ | ☐ | Palpitation | ☐ | ☒ | Heart attack/surgery | ☐ | ☒ | Syncope/dizziness | ☐ | ☒ | Foot problems |
| ☐ | ☐ | PVD | ☐ | ☒ | CVA/stroke | ☐ | ☒ | Hypoglycemic episodes | ☐ | ☒ | Nocturia |
| ☐ | ☒ | Orthopnea | ☐ | ☒ | Rheumatic fever | ☐ | ☒ | Kidney disease | ☐ | ☒ | Polyuria |

**Details of boxes checked Y** _____

_____

_____

## Seizures (Date of onset of symptoms:)

| Y | N | | | Y | N | |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Aura | | ☐ | ☐ | Gum disease: ___ |
| ☐ | ☐ | Postictal state | NA | ☐ | ☐ | Date of last seizure |
| ☐ | ☐ | Number of seizures in past 3 mos. ___ | | ☐ | ☐ | LOC |
| ☐ | ☐ | Type of seizures ___ | | | | |
| ☐ | ☐ | Other neurological symptoms? (headache, incontinence, paralysis) | | | | |

**Details of boxes checked Y** _____

_____

_____

| Inmate Name: Griffith, Andy | Number: 249169 | Institution: CF | Date: 7/16/08 |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.    Page 1 of 4
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data

## HIV/HCV Infection (Date of onset of symptoms:)

| Y | N | | Y | N | | Y | N | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Anorexia | ☐ | ☐ | Weight loss/gain | ☐ | ☐ | Abnormal Pap smear |
| ☐ | ☐ | Malaise | ☐ | ☐ | Peripheral neuropathy | ☐ | ☐ | Hx previous antiviral Tx |
| ☐ | ☐ | Oral lesions (herpes/thrush) | ☐ | ☐ | TB Infection/tuberculosis | | | (list drugs below) |
| ☐ | ☐ | Nausea/vomiting | ☐ | ☐ | Hx pneumonia | ☐ | ☐ | Jaundice |
| ☐ | ☐ | Constipation | ☐ | ☐ | Opportunistic infections | ☐ | ☐ | Joint pain |
| ☐ | ☐ | Diarrhea | ☐ | ☐ | AIDS diagnosis | ☐ | ☐ | Pruritis |
| ☐ | ☐ | Anorectal pain/lesions | ☐ | ☐ | Abdominal pain/swelling | | | |
| ☐ | ☐ | Stool changes | | | | | | |

*NA*

Details of boxes checked Y _____

## Asthma/Pulmonary/COPD/Tuberculosis (Date of onset of symptoms:)

| Y | N | | Y | N | |
|---|---|---|---|---|---|
| ☐ | ☐ | Wheezing | ☐ | ☐ | Asthma attacks per week ____ |
| ☐ | ☐ | Nighttime awaking symptoms ____ per week | ☐ | ☐ | Exposure to environmental risk (asbestos, |
| ☐ | ☐ | Hospitalized for asthma within the last year | | | chemical exposure, etc.) |
| ☐ | ☐ | Number of ER visits in past 3 months ____ | ☐ | ☐ | Hemoptysis |
| ☐ | ☐ | History of intubations | ☐ | ☐ | Fever |
| ☐ | ☐ | Short acting inhalers use ____ times per week | ☐ | ☐ | Liver disease |
| ☐ | ☐ | Prior systemic steroids | ☐ | ☐ | Night sweats |
| ☐ | ☐ | Activity intolerance | ☐ | ☐ | Weight loss |
| ☐ | ☐ | GERD | ☐ | ☐ | Persistent cough (> 3 weeks) |
| ☐ | ☐ | Allergies | ☐ | ☐ | Prior TB history |

*NA*

Details of boxes checked Y _____

## Physical Exam
### Vital Signs:

| Temp: | Blood Pressure: | Pulse: | Resp: | Height: | Weight: (Lbs) | Peak Flow: | Pain Scale: | Functional Assessment: |
|---|---|---|---|---|---|---|---|---|
| 97.7 | 138/94 | 52 | 20 | 6' 3" | BMI 19.7 158 | | | |

HEENT: _n/ Fundi benign_

Neck: _Supple, Ø adenopathy_

Heart: _RRR, S₁ S₂_

Lungs: _CTA_

Abdomen: _n/_

Extremities: _⊕ Pulses ⊖ edema_

GU/rectal: _Deferred_

Other: _____

| Inmate Name: Griffith, Jody | Number: 249169 | Institution: CCF | Date: 1/16/08 |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data

**ADOC**
**HEALTH EVALUATION**

1. History -- (LPN or RN)           YES    NO     COMMENT(S)

   Weight Change (greater 15 lbs.)                 135
      (Compare Weight Below)                       Last weight: at least 6 months ago
   Persistent Cough
   Chest Pain
   Blood in Urine or Stool
   Difficult Urination
   Other Illnesses (Details)
   Smoke, Dip or Chew                              DKDA
   ALLERGIES

BMI 20

Weight 154  Height 6'3"  Temp 90S  Pulse 52  Resp 12  Blood Pressure 120/84
      See Below                                If greater than > 140/90, repeat in 1 hour.
                                               Refer to M.D. if remains > 140/90.
Eye Exam: _____ OD _____ OS _____ OU

II. TESTING (LPN or RN)                 RESULTS
    Tuberculin Skin Test (q yr)         Date given 12-19-07 Site B FA
                                        Read on 12/21/07 Results 0  mm
    Past Positive TB Skin Test  ⇒       Survey Completed
    (Chest x ray if clinical symptoms)  Date _____ Results _____
    RPR (q 3 yrs)                       Date 11-9-06 Results NR
    EKG (baseline at 35, over 45 q 3 yrs)  Rea
    Cholesterol (at 35 then q 5 yrs)    Rea
    Finger Stick Blood Sugar            Results 75  testing
    *If > then 200 repeat Finger Sticks BS within 48 hours  Results _____
    Optometry Exam (@ 50 if not already seen)  Seen eye Dr 11-29-07
    Mammogram                           Date _____ Results _____
       (females @ 40, q 1 yr/other M.D. order)

III. Physical Results - (RN, Mid-Level, M.D.)
                                        RRR
     Heart                              CTA
     Lungs
     Breast Exam
     Rectal (yearly after 45)           Results  N/A
        With Hemoccult                  Results _____
     Pelvic and PAP (q 1 yr)            Date _____ Results _____

Facility LCF  Nurse Signature _____  Date 12/19/07

M.D. or Mid-Level Signature S. Pournived CRNP  Date 12-28-07

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Griffith, Jody | 249169 | 9-11-91 | W/M |

# ADOC

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Tonya Anthony                    Wife
Name                                    Relationship

155 Mt. View Rd                    (256) 492-3111
Street Address                          Phone Number

Wellington              AL          36279
City                        State          Zip Code

_Jody Griffith_      249168      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    12-19-07
Inmate Signature            Doc#          S.S.#          Date

_Witness_                              12-19-09
Witness                                      Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249168 | 9-11-91 | W/M | LCF |

AL-70003-CMS Notification of Next of Kin

(White – Medical Record, Yellow – Active File, Pink – Control Center)

*Ht. 6 —*
*wt. 135*
*glasses NO*
*B/P*
*R    9TT*
*R*
*T*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*① distal*
*femur*

*—θ c/o*

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | X |
| TB TEST CURRENT | X | ___ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | ___ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: *A Simmons RN*    DATE: *1-4-07*

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: *Jody Diffe*    DATE: *1-4-07*

EXPIRATION DATE: *1-4-08*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| *Griffith, Jody* | *249169* | *9-11-71* | *W/M* | *LCF* |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Reba Griffith                                    Mother
Name                                             Relationship

2272 Ross Lake Rd                                (256) 492-5475
Street Address                                   Phone Number

Wellington                  Alabama              36279
City                        State                Zip Code

_Jody PH_          _249169_     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      1-4-07
Inmate Signature   Doc#         S.S.#            Date

A Simms LPN                                      1-4-07
Witness                                          Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249169 | 9-11-71 | W/M | LCF |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)

# INTAKE HEALTH EVALUATION

NAME: _Griffith Jody_

AIS #: _00249169_

**R.N. evaluation within 24 hours.**

D.O.B.: _9-11-71_

| Age _35_ | Sex _M_ | Race _W_ | Height _6'3"_ | Weight _135_ |

Temp: _98.6_    B/P: _120/80_    Pulse: _98_    Resp: _18_

** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you **ever** had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | N | Gastritis | | N | **HIV/AIDS ***** | | N |
| Loss of Consciousness | | N | Ulcers | | N | ***Medications Verified | | |
| Severe Headaches | | N | Bleeding | | N | Hepatitis - Type | | N |
| Vertigo/Dizziness | | N | Gall Bladder/Pancreas | | N | Gonorrhea | | N |
| Vision Problems | | N | Liver Problems | | N | Syphilis | | N |
| Hearing Problems | | N | Arthritis | | N | Lice, Crabs, Scabies | | N |
| Seizures | | N | Joint Muscle Problem | | N | | | |
| Strokes | | N | Back/Neck Problem | | N | **LMP** | | |
| Nervous Disorders | | N | Kidney Stones/Dz | | N | Date | | |
| DT's | | N | Bladder/Kidney Infection | | N | Duration | | |
| Heart Condition | | N | Alcoholism | | N | Normal | | |
| Angina/Heart Attack | | N | Drug Abuse | | N | Regularity | | |
| High Blood Pressure | | N | Psychiatric History | | N | Gravida/Para | | |
| Anemia/Blood Disorder | | N | Suicidal Thoughts** | | N | AB/Miscarriage | | |
| Sickle Cell or Trait | | N | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | N | **T.B.** | | | Type: | | |
| Asthma * | | N | PPD - date given: 11-8-06 | | | | | |
| *Peak Flow Reading | | N | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | N | Date read: 11-10-06 | | | Diagnostic Profile II | | |
| Emphysema | | N | Results: _0_ mm | | | RPR | | |
| Pneumonia | | N | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | N | OD 20/35 OS 20/15 | | | | | |
| Hay Fever/Allergies | | N | OU 20/25 | | | EKG (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted:    Y    N    Refer to Mid-Level or M.D. if yes.

_May Eber_ RN

**RN or Mid-Level, Signature**

_11-09-06_

**Date/Time**

**HEALTH CLASSIFICATIONS:**
(Circle One)

**1 - No Restrictions**

**2 – Temporary Restrictions**
See Special Needs Form

**3 – Permanent Restrictions**
See Special Needs Form

**4 – A&I (Aged & Infirmed)**

**5 – Not Determined**
Recheck_____.

**PLACEMENT:**

| | |
|---|---|
| General Population | ( ) |
| Emergency Department | ( ) |
| Isolation | ( ) |
| Medical Observation | ( ) |
| Other_____ | |

**REFERRAL:**
**CCC Placement**        ( )

Clinic(s)_____
See MD/Mid-Level flow sheet
for clinic(s).

| | |
|---|---|
| Medical | ( ) |
| Dental | ( ) |
| Mental Health | ( ) |
| Other_____ | |

When: ( ) Immediately
( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____

_____

**Medications Ordered:** _____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** Deformity / Pain, Bleeding / Habitus, Hygiene | ✓ | |
| **Neuro** Mental Status / Intox Withdrawal, Tremor / Neuro-Deficits | ✓ | |
| **Skin** Injury, Bruises, Trauma / Jaundice Diaphoretic / Rash, Lesions, Infestations / Needle Marks / Color, Turgor | ✓ | |
| **Head** Normocaphalic / Atraumatic / Hair, Scalp | ✓ | |
| **Eyes** Glasses/Vision / Pupils / Sclera, Conjunctiva | | dry eyes red : inflamme |
| **Ears** Appearance / Canals, TMs, Hearing | ✓ | |
| **Nose** Epistaxis / Sinuses | ✓ | |
| **Throat** Teeth, Gums, Dentures / Mouth, Tongue, Tonsils / Airway | ✓ | |
| **Neck** C-Spine, Mobility / Veins, Carotids / Thyroid, Lymph Nodes | ✓ | |
| **Chest** Config. Ausc/Resp / Cough/Sputum / Breast/Masses | ✓ | |
| **Heart** Ausc Rate, Rhythm / Murmurs, Ectopy | ✓ | |
| **Abdomen Bowel Sounds** Palp, G/R/T, Hernia | ✓ | |
| **GU** Flank Tenderness / Bladder Tenderness/Distention | ✓ | |
| **Back** ROM, Spasm, Injury | ✓ | |
| **Extremities** Edema, Pulse | ✓ | |
| **Genitals** Injuries/Lesions | ✓ | |
| **Pelvic Pap** | ✓ | |
| **Rectal/Guiac (required @ 45 and up)** Deferred/follow-up: | | |

M.D. or Mid-Level Signature                    Date/Time

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _____    Date _11-9-06_

AIS# _249169_

Medical Staff _J. Thomas_    Date _11-9-06_

4/13/04





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

| Date: | 11-08-06 | AIS#: | 249169 |
|---|---|---|---|

| Last Name: Griffith | First: Jody | Middle: |
|---|---|---|
| Birthplace: Gadsden, AL | DOB: 9-11-71 | SS#: 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 |

| **FEMALES:** Pregnancy test: (circle one)   Positive / NA Negative | B/P 130/83   Temp 98   Pulse 92   Resp. 20   Weight |
|---|---|
| | FSBS 115   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?

Previous Incarcerations (Date & Facility)   no prev. hx   Ø

| Medications: ☒ None   ☐ YES - Call MD/PA/CRNP | Special Diet (Prescribed) none |
|---|---|
| Allergies: ☒ NKA | Past Positive TB Skin Test (circle one) YES - (Complete TB Screening Form) NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD BE IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

| 1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person   ( ) Lethargic ( ) Stuporous ( ) Comatose   Describe: | 3) Substance Abuse:     ( ) Yes (✓) No   ( ) Suspected   ( ) Current intoxication/Abuse   ( ) Use (✓) Withdrawal Symptoms   ( ) Drugs ( ) Alcohol |
|---|---|
| 2) General Appearance    (✓) Normal ( ) Abnormal   3) Signs of Trauma    ( ) Yes (✓) No | Describe- What kind? Amount/Frequency?   DETOX drugs   * If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.   Last Use: (Time/Date) |
| 4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent   ( ) Agitated  ( ) Uncooperative ( ) Violent   ( ) Manipulative ( ) Disorganized   Describe: | 4b) Affect/Mood: (✓) Normal ( ) Manic    ( ) Depressed   ( ) Euphoria ( ) Flat   ( ) Emotionally Confused   Describe: |
| 4c) Perceptions: none (✓) Delusional    ( ) Hallucinations | ( ) Hearing Voices |
| 5a) Is there h/o actual suicide attempt?    ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes (✓) No |
| 5c) Is there evidence    ( ) | 5d) High risk pt may become assaultive towards staff? ( ) Yes (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:    *Any abnormal observations #4 or 5 require immediate Mental Health Referral | Triggers for Suicide Watch   - Currently Suicidal   - History of actual attempt   - Fails to maintain control   Y or N | Triggers for Close Watch   Emotionally distraught and unable to regain composure by end of intake process   - Actively hallucinating or not making any sense   Y or N |
| 6a) Communication Difficulties    ( ) Yes (✓) No | 6b) Memory Defects    ( ) Yes (✓) No |
| 6c) Hearing Impairment    ( ) Yes (✓) No | 6d) Speech Difficulties    ( ) Yes (✓) No |
| 7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches   ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other | | |

| 8) Additional comments, complaints, symptoms:    None ☐ | | | |
|---|---|---|---|
| S) | | | |
| O)   Fever Y (N) | Swollen Glands Y  N | Signs of Infection Y (N) | Skin Intact (Y) N |
| A) | | | |
| P) | | | |

If known Diabetic * Call M.D. for order _____ . Initial Insulin given:_____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

_____   _____
Inmate's Signature/Date    Health Provider Signature/Date   11/8/06

60412-AL   (rev 9/05)



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Reba Griffith                    Mom
**Name** _____ **Relationship** _____

2272 Ross Lake Rd        (256)492-5475
**Street Address** _____ **Phone Number** _____

Wellington, AL              36279
**City** _____ **State** ____ **Zip Code** ____

Jody Griffith          249169 / 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 / 11-8-06
**Inmate Signature** _____ **AIS#** _____ **SS#** _____ **Date** ____

RBellew                   11-8-06
**Witness** _____ **Date** ____

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Coriffith, Jody | 249169 | 9/11/71 | W/m | Kilby |

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

Psychological Evaluation

Name: _Griffin, Cody_ AIS# _249169_ R/S _W/M_

Date: _11/29/0_ Date of Birth: _9/11/1971_ Age: _35_

Beta III: _93 Ammons_ WAIS: _/_ WRAT-RL: _11.8_

Last School Grade Completed: _12_ Special Education Classes: □ Yes ☑ No Type: _____

MMPI Welsh Code ___ ___ _not available in Seg._

# Mental Health Code:   ⓪   1   2   3   4   5   6

## General Appearance
___ ✓ a. Neat and generally appropriate        ___ c. Flat or avoiding interaction
___ b. Poorly groomed                          ___ d. Sad or worried

Other* _Former Correctional w/State appts._

## I.   Interpersonal Functioning                 f. other
___ a. Normal-good relationships likely       ___ 1. Exploitive/manipulative
___ b. Withdrawn/apparent loner               ___ 2. Weak/vulnerable
___ ✓ c. Likely to ignore rights/needs        ___ 3. Passive/unassertive
___ d. Lacks skill or confidence              ___ ✓ 4. Aggressive/Dominant
___ e. Probably difficult to get along with   ___ 5. Retaliates
                                              ___ 6. _shot 5X by judge._

_Murder — victim shot 5X by judge._
_Subject's girlfriend was involved w/victim (victim's ex-wife)_

## II.   Personality                              g. other
___ a. Healthy                                ___ 1. Schizoid          ___ 7. Compulsive
___ ✓ b. Antisocial                           ___ 2. Schizotypal       ___ 8. Atypical/mix
___ c. Paranoid                               ___ 3. Histrionic        ___ 9. _____
___ d. Explosive                              ___ ✓ 4. Narcissistic    ___ _____
___ e. Dependent                              ___ 5. Borderline        ___ _____
___ f. Passive-Aggressive                     ___ 6. Avoidant

## III.   Substance Abuse
___ a. Alcohol addiction/abuse history: _Denies_

_____

_____

___ b. Drug addiction/abuse history: _Denies_

_____

_____

_____

ENTERED NOV 0 3 2006

**Name:** _Griffin Billy_

_____ c. Current or most recent use: _marijuana_

_____ d. Current Addictions: _Marijuana_

e. Other:

| | |
|---|---|
| _____ 1. In remission 6 months or less | _____ 5. Drug use/denies dependency |
| _____ 2. In remission more than one year | _____ 6. Alcohol use/denies dependency |
| _____ 3. In remission more than one year | _____ 7. OBS-drug/alcohol induced |
| _____ 4. In remission only due to incarceration | _____ 8. Other:_____ |

## IV. Emotional Status

_____ a. No significant problems

_____ b. Depressed_____

✓_____ c. Anxious or stressful_____

✓_____ d. Angry or resentful _Violent and aggressive_

_____ e. Confusion or psychotic symptoms_____

_____ f. Mood disturbances_____

_____ g. Sexual maladjustment_____

**History of sex offenses?**  ☐ Yes  ☐ No  List:_____

_____ h. Paranoid ideation_____

_____ i. Sleep/appetite disorder_____

j. Other

| | | |
|---|---|---|
| _____ 1. Symptoms of Hypochondria | _____ 4. Overtly psychotic | _____ 7. Behavior disorder |
| _____ 2. Hyperactivity | _____ 5. Psychosis in remission | _____ 8. Senile/demented |
| _____ 3. Violent/uncontrolled | _____ 6. Personality disorder | _____ 9. Other |

Name: _Griffin, Jody_

## V. Mental Deficiency

| | | | |
|---|---|---|---|
| ____ Mild | (50-70) | ____ | Borderline (70-80) |
| ____ Moderate | (35-50) | ____ | Organic impairment suspected |
| ____ Severe | (20-35) | ____ | Memory Deficit |

Remarks:_____

_____

Emotional response to incarceration:_____

## VI. Mental Health

_____a. Outpatient treatment (dates/where)_____ _Denied_

_____

_____

_____b. Inpatient treatment (dates/where)_____

_____

_____

_____c. Psychotropic medication (type/effectiveness) _Prozac prescribed_
_while at Cetonah (no jail) pressure_
_Suject refused the meds._

_____d. Family history of mental illness _Denied_

_____

## VII. Management Problems

_____a. Suicide potential    Ideation ☐ Yes  ☐ No      Plans? ☐ Yes  ☐ No
History of attempt/gestures_____

_____b. Serious mental illness (specify)_____

_____c. Impulsive/acting out behaviors predicted_____

_____d. Authority Conflict _Passive - aggressive_
_toward security_

_____e. Manipulative/untrustworthy _Manipulative, will take_
_advantage of any situation_

_____f. Easily victimized _to mistrust his facility_
_comes someone out for_

Name: _Griffin Jody_

_____ g. Escape potential _Denied_

✓ h. Assaultiveness _Murder — shot victim_
_5x. Subject was dating victim_
_____ i. Other: _24 - wife_,

_____ 1. Malingering          _____ 4. Physical handicap      _____ 7. Domestic Violence

_____ 2. Mental Deficiency     _____ 5. Self-Mutilation        _____ 8. Gender identity disorder

_____ 3. Aged and infirmed     _____ 6. Potential substance abuse in unsupervised situations

History of expressive violence?  ☐ Yes  ☐ No List: _____

## VIII Educational Needs

_____ a. ABE/GED _____ b. Special Education _____ c. Trade School _____ d. Junior College

_____ e. Life Skills

## IX Mental Health Needs

_____ a. Refer to psychiatrist       _____ e. Sexual adjustment        ✓ i. Self-concept enhancement

_____ b. Substance abuse counseling  ✓ f. Reality therapy             ✓ j. Healthy use of leisure time

_____ c. Depression                  ✓ g. Anger management            _____ k. Personal Development

✓ d. Stress management               ✓ h. Values clarification        _____ l. other _____

**Recommendations/Remarks:**  *(Include accommodations needed for the visual, hearing impaired and other disabilities)* _Refuses to accept responsibility_
_for crime. Rationalizes. There_
_was a quality that justified_
_killing the wife, but he will not_
_identify the one._

_____

_____

_____

_____

_____

_____

_____

_____

**Evaluation Completed by:** _Gaye C. Johnson_ **Date:** _11/29/06_
**Psychologist/Psychological Associate**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING EVALUATION

Institution: _Kilby_                                   Date/Time Inmate Received: _11-8-06_

Date/Time of Screening: _11-08-06_   Signature/Title of Screener: _S. Anderson, LPN_

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC:**

Yes  (No)  Psychotropic medication: _____

Yes  (No)  Medication turned over to ADOC upon arrival? _____

(Yes)  No  Mental health follow-up in last 90 days: _Etowah County Jail_

Yes  (No)  Suicide/self-harm attempts in last 90 days: _____

**MENTAL HEALTH HISTORY**   Does inmate report a history of the following (if yes, provide details):

Yes  (No)  Outpatient treatment: _____

Yes  (No)  Inpatient treatment: _____

(Yes)  No  Psychotropic medication: _3 months ago on Prozac while in Etowah Jail_
                                                              _Refused to Take_

Yes  (No)  Suicidal attempts: _____

Yes  (No)  Suicidal thoughts: _____

Yes  (No)  Head injury: _____

Yes  (No)  Seizures: _____

(Yes)  No  Violent behavior: _Murder_

Yes  (No)  Substance abuse: _____

Yes  (No)  Substance abuse treatment: _____

Yes  (No)  Special education classes: _____

**INMATE SELF-REPORT OF CURRENT STATUS:**

(Yes)  No  First incarceration (reaction): _____

(Yes)  No  Reports family support: _Mother & Father_

Yes  (No)  Reports significant depression/remorse: _____

Yes  (No)  Thinking about suicide: _____

Yes  (No)  Has plan for suicide: _____

Yes  (No)  Possible to implement suicide plan: _____

Yes  (No)  Reports hallucinations: _____

**BEHAVIORAL OBSERVATIONS:**

Poor eye contact         Poor hygiene              Unable to pay attention
Disoriented              Anxious                   Unable to follow directions      Unresponsive
Crying                   Memory deficits           Signs of self-mutilation         Unable to read
Illogical speech content Appears to be hearing voices or seeing things            Afraid
Hostile                  Other unusual behavior:                                  Paranoid

**DISPOSITION/PLACEMENT RECOMMENDATION** (based on reception mental health screening):

Routine housing
Mental health follow-up but not emergency            Emergency mental health referral
Current psychotropic meds verified                   Crisis cell placement recommended
                                                     Interim supply ordered

Inmate Name: _Griffith, Jody_                              AIS #: _249169_

Disposition: Inmate Medical Record

Reference: ADOC AR: 610, 612, 635
ADOC Form MH-011 – November 14, 2005

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| _Jody Griffith_ | _249169_ | _11-08-06_ |
|---|---|---|
| Inmate Signature | AIS # | Date Signed |

Griffith, Jody

**ADOC**

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-16-08

**To:** Doc

**From:** MCW

**Inmate Name:** Griffith Jody     **ID#:** 249169

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until 2-16-08

5. Other _____

**Comments:**

_____ Check B.P M-W-F in Edorm _____

_____ x 30days _____

_____

_____

**Date:** 1/16/08  **MD Signature:** S. Pauried CRNP  **Time:** 10:15

(White-Medical Record, Pink-Security, Yellow-Inmate)

*C M S*

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____

    (Print Name)                                (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

( ✓ )   Eyeglasses

(   )   Dentures

(   )   Prothesis      describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

(   )   Other      describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____        _12-19-07_____
(Inmate)                                      (Date)

_____        _12-19-07_____
(Witness)                                    (Date)

*E-18*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249169 | | | LCF |

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

60527-AL

# SEGREGATION HEALTH LOG

Name _Elizabeth Godbee_  AIS# _249469_  Cell _EB-1_

Name Key: NC No Complaints
C Complaint (Provide Documentation in Complaint Section)

| Year ___ Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December / Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials:



**PRISON
HEALTH
SERVICES
INCORPORATED**

DEPARTMENT OF CORRECTIONS

# CONSENT TO TREAT FORM

## (ROUTINE MEDICAL TREATMENT)

The inmate whose signature appears below does hereby grant authority to
administer and perform routine examinations, treatments of minor illnesses and
injuries, medications, and diagnostic procedures which may, during the course of
the inmate's incarceration, be deemed advisable or necessary by physicians,
dentists, registered nurses, or psychiatrists serving as contract providers.  The
individual reserves the right to refuse any medical or surgical treatment.  <u>Refusal
must be documented in writing VIA release of responsibility</u>.  This consent
also releases the medical record of the undersigned inmate in the whole or part to any
outside consultant providing treatment or other services to the inmate on referral basis.


_Jody D Hall_ 　　　　　　　　　　　　　　　　 _1-4-07_
Signature of Inmate 　　　　　　　　　　　　　　　 Date

_A. Simms LPN_ 　　　　　　　　　　　　　　　 _1-4-07_
Witness 　　　　　　　　　　　　　　　　　　　　 Date

| INMATE NAME (LAST, FIRST, MIDDLE) | ID # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 219169 | 9-11-71 | W/M | LCF |

PHS MD- 70030  (rev. 11/99)

# PHS

## Prison Health Services

### Limestone Correctional Facility

28779 Nick Davis Road
Harvest, AL  35749
Telephone:  (256) 233-4600, Ext. 234 or
(256) 230-9417
Fax:  (256) 230-9417

I have read the *Access to Health Care* information sheets and have been given a copy. I understand how to access health care.

Name _____     Date __1-4-07__

AIS # __249169__

Medical Staff __A Simms RN__     Date __1-4-07__

Created 03/15/06

# PHS

## Prison Health Services
### Limestone Correctional Facility

## INTAKE CHECKLIST

Inmate Name: _Griffith, Jody_    AIS #: _249169_

### Holding Area:

1. Kitchen clearance physical assessment with vital signs
2. Consent to treat form
3. Notification of next of kin
4. Advance medical directive
5. Check status Hep A/B – Notify Ms. Debbie Hunt
6. Verbal explanation re: access to health care services, especially sick call and grievance procedure
7. Handicapped / Vision or Hearing Impairment / Language or Speech Impairment

### Chart Review:

1. Signing required areas on transfer and receiving screening form
2. PPD status
3. Current lab results
4. Glasses, dental, or other prosthesis
5. Allergies
6. Meds, jacket, x-ray received
7. Follow-up care needed
8. Intake re: vital signs, skin and mental status
9. Nursing progress note and referral, when needed to CC or MH
10. Notify MD or CRNP about anything re: the new inmate*
11. Intake Screening / Intake Evaluation Sheet
12. Diabetic Intake Screening (when applicable)

- Medical notification for MD/CRNP within 48 hours, especially for:
  - Reactive PPD
  - Sutures
  - Positive PPD without treatment
  - Medication
  - HIV
  - Anything abnormal that may require immediate care

- MD needs to know about labs:
  - RPR
  - HIV

_____    1-4-07
Intake Nurse Signature         Date

Created: 11/23/05
Revised: 07/25/06

DOC N610
09/87

*PC*

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: *GRIFFITH, JODY* w/249169  DATE: *1-4-07*  TIME: *11:50 AM*

DOB: *9-11-71*  OFFICER: *S. Matthews*  INSTITUTION: *LCF*

|  | BOOKING OFFICERS VISUAL OPINION | Yes | No |
|---|---|---|---|
| 1. | Is the Inmate Conscious ? | Yes | ___ |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ? | ___ | X |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ? | ___ | X |
| 4. | Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ? | ___ | X |
| 5. | Is the skin in poor condition or show signs of vermin or rashes ? | ___ | X |
| 6. | Does the inmate appear to be under the influence of Alcohol, or Drugs ? | ___ | X |
| 7. | Are there any visible signs or Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc) | ___ | X |
| 8. | Is the inmate making any verbal threats to staff or other inmates ? | ___ | X |
| 9. | Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ? | ___ | X |
| 10. | Does the inmate have any obvious physical handicaps ? | ___ | X |

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

| 11. | Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ___ | X |
|---|---|---|---|
| 12. | Are you on any special diet prescribed by a physician ? (if yes - what type ? ) | ___ | X |
| 13. | Do you have a history of veneral disease or abnormal discharge ? | ___ | X |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ? | ___ | X |
| 15. | Have you ever attempted suicide ? (If yes - When ?_____ How ?_____ | ___ | X |
| 16. | Do you want to do any harm to yourself now ? | ___ | X |

|  | Yes | No | No Responce |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor ? | ___ | X | ___ |
| 18. Are you allergic to any medication ? | ___ | X | ___ |
| 19. Have you recently fainted or had a head injury ? | ___ | X | ___ |
| 20. Do you have epilepsy ? | ___ | X | ___ |
| 21. Do you have a history of tuberculosis ? | ___ | X | ___ |
| 22. Do you have diabetes ? | ___ | X | ___ |
| 23. Do you have hepatitis ? | ___ | X | ___ |
| 24. Do you have a painful dental problem ? | ___ | X | ___ |
| 25. Do you have any medical problem we should know about ? | ___ | X | ___ |
| 26. Do you have a past alcohol or drug history ? | ___ | X | ___ |

26. Do you have a past alcohol or drug history ? ___ X ___
    What type:_____ How much used_____
    For how long:_____
    Last time you used any:_____

COMMENTS: (Unusual behavior etc.)
_____
_____

FOR THE OFFICER:

27. Was the new inmate briefed on sick/dental call procedures? _YES_

28. This inmate was:  a.  Release for normal processing  _YES_
                b.  Referred to appropriate health care unit _____
                c.  Immediately sent to health care unit _____

                              Officer's Signature

NOTE:  This form is completed on inter & intra system transfers at receiving and will
be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and
AMA Standard 140.

                            X _____
                            Inmate's Signature

60527-AL

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SEGREGATION HEALTH LOG

Name _____  AIS# 249169  Cell D-4

Name Key: NC  No Complaints
C  Complaint (Provide Documentation in Complaint Section)

| Year ____ | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | NC | | | | | NC NC NC | | NC | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials: _____

# RECEIVING SCREENING FORM

INMATE'S NAME: _Griffith, Jody_ _____ DATE: _11/08/06_ TIME: _11:45am_

DOB: _9-11-79_ ___ OFFICER: _C/ Hires_ ___ INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

| | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | — |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | — |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | — |
| Is the skin in poor condition or show signs of vermin or rashes? | | — |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | — |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | — |
| Is the inmate making any verbal threats to staff or other inmates? | | — |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | — |
| Does the inmate have any obvious physical handicaps? | | — |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was   _X_   a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_C/ Hires_ _____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## Correctional Medical Services
## Physician's Orders

|  | Start Date & Time |
|---|---|
| 1. |  |
| 2. |  |
| 3. |  |
| 4. |  |
| 5. |  |
| 6. |  |
| 7. | Dispense As Written _____ M.D. |
| 8. | Substitute Permitted _____ M.D. |

Name _____
DOB _____
Location _____
Allergies _____

|  | Start Date & Time |
|---|---|
| 9. |  |
| 10. |  |
| 11. |  |
| 12. |  |
| 13. |  |
| 14. |  |
| 15. | Dispense As Written _____ M.D. |
| 16. | Substitute Permitted _____ M.D. |

Name _____
DOB _____
Location _____
Allergies _____

|  | Start Date & Time |
|---|---|
| 17. |  |
| 18. |  |
| 19. |  |
| 20. |  |
| 21. |  |
| 22. |  |
| 23. | Dispense As Written _____ M.D. |
| 24. | Substitute Permitted _____ M.D. |

Name _____
DOB _____
Location _____
Allergies _____

Name Griffith Jody
DOB 9-11-77
Location LCF, Eden
Allergies NKDA
#249169

|  | Start Date & Time 1/16/08 Farr 6²⁰ |
|---|---|
| 25. |  |
| 26. | 1/16  √ B.P M-W-F in Eden x 30 days |
| 27. | Zocor 20mg TPO QHS x 180 days |
| 28. | ASA EC 81mg TPO QD x 180 days |
| 29. |  |
| 30. | S Pan Eden |
| 31. | Dispense As Written _____ M.D. |
| 32. | Substitute Permitted _____ M.D. |

Name Griffith, Jody
DOB 9-11-91
Location
Allergies ○ NKDA
249169

|  | Start Date & Time 12-10-09  Physical Protocol |
|---|---|
| 33. |  |
| 34. | EKG |
| 35. | Chem DP II |
| 36. | V.O. Dr Hobbs M Sandlin |
| 37. |  |
| 38. |  |
| 39. | Dispense As Written _____ M.D. |
| 40. | Substitute Permitted _____ M.D. |

CMS 7116 Rev 1/2003



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS (If Chg'd) Corneal scars. Shade profile |
|---|---|
| D.O.B. 9/11/71  noted 8C 11-29-07 4p | |
| ALLERGIES: NKDA | |
| Use Third    Date 11-29-07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS (If Chg'd) Gentamycin oint. to ® eye/lid QHS, x7 days |
|---|---|
| D.O.B. 9/11/71  noted 5-21-07 | VOStone cond ASAP |
| ALLERGIES: NKda | |
| Use Second    Date 5/21/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS  CTM XR 12mg 1 po BID x7 days Nasal Crom, 1 spray ÷ spray each nostril QID x7 days Visine A gtts ÷ gtt each eye BID x7 days |
|---|---|
| D.O.B. 9/11/71  noted 5-21-07 | |
| ALLERGIES: NKda | A Simms |
| Use First    Date 5/21/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                           **MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 9/11/71 | CTM 4MG ī bid × 5 days |
| ALLERGIES: NKDA | Guifenesin 600 mg ī bid × 5 days |
| | NASAL cron spray īī NAS TID × 5days |
| Use Fourth    Date 3/6/0 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 9/11/71 | CTM 4MG ī bid × 7days |
| ALLERGIES: NKDA | MOTRIN 200 MG īī TID × 7days |
| | Charles Hooper, CRNP |
| Use Third    Date 1/10/7 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 9/11/71 | ① X-Ray ⊥ femur (distal) R/o ABN |
| ALLERGIES: NKDA | ② Flu OPC ī wk (x-ray) (⊥ om) |
| Use Second    Date 12/4/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Griffith, Jody 249169 | DIAGNOSIS |
|---|---|
| D.O.B. 9/11/71 | ① Bactrim DS ī po BID × 14d |
| ALLERGIES: NKDA | ② Motrin 600 mg po BID × 14d PRN |
| | ③ Flu OPC ī wk (⊥ om Re-v) |
| Use First    Date 11/27/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Griffith, Jody          D.O.B.: / / |
|-----------|------------------------------------------------------|
| 12/4/06 1310 | Pt. c/o bruise to Ⓛ posterior thigh x 11 days. ∅ other c/o  vss; Afebrile |
| | HEENT - Ⓛ TM is much less erythematous c̄ less edema now but ∅ entirely resolved; much improved ∅ other changes |
| | Ⓛ posterior thigh with large bruise with purple edges and yellow center; tender to palpation with hardened area to center; he is Ambulating on it with apparent ease; this is his first complaint (that I am aware of) About his leg |
| | 1) Ⓛ leg pain  - x-ray  - Cont. motrin  - F/u c̄ wk / PRN |
| | 2) Ⓛ OM  - Cont. present POC  - F/u as sched |
| | c̄: TX pln                    [signature] |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | Griffith , Jody | D.O.B.: / / |
|---|---|---|---|

11/27/06  Pt. c/o Ⓛ ear pain c̄ HA x ~ ī wks
1345        VSS ; afebrile ; ∅ other c/o

HEENT - Head/Scalp — WNL
          TM's - Ⓡ TM — WNL
                 Ⓛ TM — Red/bulging
          throat - clear
          nodes - negative
          PERRLA ; EOM I

★ Consulted c̄ Dr. Robbins
1) Ⓛ OM
   - Bactrim / motrin x 14d
   - ↑ fluids / ∅ Smoke
   - F/u OPC ī wk for Re-√ & PRN
   - this does not look to be the result of
     any trauma — there are no clinical signs
     of obvious trauma to the head/scalp
   c̄: Tx plan



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /   / |
|-----------|----------------|----------------|
| 1-4-07 | I/m recieved to Lcf, Kitchen Screen has been completed ———————— N Simms LPN | |
| 6.27.07 | Spoke ē CRNP rtt I/m c/o wt loss and ↓ appetite upon coming to Lcf wt was 135 and wt is now 145 ē wt loss noted per wt, reported will refer to Eye Doctor for evaluation — JASON | |
| 1/16/08 | Seen by nurse ē CRNP in CCC.  Starr | |

# CORRECTIONAL MEDICAL SERVICES
## Minor HEENT Problems

**Nursing Protocol Documentation**
**Minor HEENT Complaints**

| Inmate Name *Griffith, Jody* | Date *1-11-08* |
|---|---|

**Subjective:**

This _36_ year old ☑ Male ☐ Female
Presents with a chief complaint of _Toothache_
Date of onset: _X 2weeks_
Previous history? ☐ Yes ☑ No    If yes explain _____
C/O headache? ☐ Yes ☑ No    If yes any change in frequency, duration or severity compared to previous headaches?
☐ Yes ☐ No    If yes explain _____
Previous treatment? ☐ Yes ☑ No    If yes explain _____
Result of an injury? ☐ Yes ☑ No    If yes explain _____

Associated complaints of :
Pain: ☑ Yes ☐ No    Burning: ☐ Yes ☑ No    Itching: ☐ Yes ☑ No    Blurred vision: ☐ Yes ☑ No
Vertigo / dizziness: ☐ Yes ☑ No    Other ☐ Yes ☑ No    Explain any Yes responses:

**Objective:**
Vital Signs BP _116-66_   T _98¹_   P _77_   R _20_  WT _154_

**Eye**   ☑ Not applicable to complaint
Vision change?          ☐ Yes ☐ N0    If yes explain _____
Foreign body?           ☐ Yes ☐ No    If yes explain _____
Conjunctiva normal      ☐ Yes ☐ No    If yes explain _____
PERLA WNL               ☐ Yes ☐ No    If yes explain _____
Sclera normal           ☐ Yes ☐ No    If yes explain _____
Visual acuity:          Pre-treatment    RT_____ LT_____    Post-treatment   RT_____ LT_____

**Ear**   ☑ Not applicable to complaint
Both external ears normal          ☐ Yes ☐ No    Both ear canals normal          ☐ Yes ☐ No
Both tympanic membranes   Visualize ☐ Yes ☐ No    Erythema    ☐ Yes ☐ No    Bulging ☐ Yes ☐ No
Able to hear fingers rubbed together or watch ticking ☐ Yes    ☐ No
Explain any abnormal

**Nose**   ☑ Not applicable to complaint
Active bleeding   ☐ Yes ☐ No    Signs of trauma   ☐ Yes ☐ No

**Throat**   ☑ Not applicable to complaint
Enlarged tonsils   ☐ Yes ☐ No    Inflamed, red throat    ☐ Yes ☐ No    Exudate ☐ Yes ☐ No

**Mouth**   ☑ Not applicable to complaint
Swollen gums   ☐ Yes ☑ No    Broken tooth / teeth ☑ Yes ☐ No    Signs of trauma   ☐ Yes ☑ No
Condition of teeth   ☑ poor ☐ fair ☐ good

**Cervical Lymph Nodes**   ☑ Not applicable to complaint
Enlarged          ☐ Yes ☐ No    Tender ☐ Yes ☐ No

Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

# CORRECTIONAL MEDICAL SERVICES
## Minor HEENT Problems

**Assessment (Check applicable boxes)**

☑ Alteration in comfort   ☐ Potential for altered sensory perception

**Related to**

☐ Eearache ☐ Excess ear wax ☐ Headache ☑ Dental pain
☐ Nosebleed ☐ Sore throat ☐ Eye injury or problem

**Plan (Check applicable boxes)**

☐ Physician contacted for same for same day treatment and orders

☐ Referred to Physician/Mid-level due to:
☐ Mechanism of injury suggesting additional trauma ☐ Condition not responding to protocol
☐ Impaired eye status ☐ Impaired ear status ☐ Signs of infection

☑ Referred to dentist due to
☐ Dental pain/problem

The following nursing interventions were completed (Check applicable boxes)

☐ Medication allergies and other contraindications to medications reviewed & pregnancy ruled out prior to treatment
☐ OTC ear wax softener instilled in _____ear(s)
☐ OTC ear wax softener issued to inmate with instructions for use
☐ Ear irrigation completed
☐ Inmate to return in _____days for ear irrigation
☐ Eyes flushed with_____ X _____ minutes
☐ Foreign body removed
☐ Eye patch applied/ issued
☐ Acetaminophen 325mg_____tabs____times/day for____days ☐ Issued___tabs for KOP
☐ Ibuprofen 200mg_____tab_____times/day for____ days ☐ Issued____tabs for KOP
☐ Education: Patient education provided
☐ Activity restriction:  ☐Not indicated  ☐Yes x_____ days and security notified

**Follow up:**
☐Return to clinic in _____ days for ear irrigation
☐Sick call if signs and symptoms of infection develop or symptoms do not subside
☐Physician/Midlevel referral if indicated

**Additional Comments**

| Signature / Title | Date | Time |
|---|---|---|
|  | 1-11-08 |  |

CMS 7835 NP-HEENT-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY
RECEIVED

Print Name: _Griffith , Jody_    Date of Request: _1-8-08_

ID #: _249169_    Date of Birth: _9-11-71_    Housing Location: _E-18B_ (P.C.)

Nature of problem or request: _Toothache and teeth need cleaning_
_This is the third request submitted to H.C.U. I was scheduled_
_an appointment on my first request dated 8-29-07._

I consent to be treated by health staff for the condition described.

_Jody Griffith_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _CB_    Referred to:  (Circle ONE)
Initials                          (NSC)   Mid-level SC    Physician SC    MH    Dental
                                  Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: _See Note_

Objective:  BP _____    T _____    P _____    R _____    Wt_____

Assessment:

Plan:

☐      Inmate education handout reviewed with and given to the patient.

Refer to :  (Circle any applicable)   Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _____    Date: _1-11-08_   Time: _120p_



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jody Griffith_ _____ Date of Request: _07-25-07_

ID # _249169_ _____ Date of Birth: _9-11-71_ Location: _L.C.F E-18B_

Nature of problem or request: _I am requesting copies of forms F-15_
_(Bodychart) documented on Nov 23, 2006 (there were two)_
_As well as the complete Sick Call Request form dated Nov 24,2006 & Dec 2,2_
_in its entirety including medication ordered from my medical file._

_Jody Griffith_
_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/26/07_
Time: _1Pm_ AM PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:** Patient Education on policy + procedure.
Instructed to write request to Admin. Inmate Voiced
understanding.

Refer to:     MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                          CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_V. Graham Lpn_
_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**Alabama Department of Corrections**
**Patient Care Protocol**

Inmate Name: Jody, Griffith          AIS # 249169     D.O.B. 09-11-71

Current Mods: See Mar          Medication Allergies: NKDA

## MISCELLANEOUS

**Subjective:**   Complaint: eye problems

Onset:   ☑ New   ☐ Chronic   ☐ History of recent trauma/injury
                                      ☐ History of recent infection

Pain:   ☑ No   ☐ Yes—Scale (1-10) ____ ; Location: _____
Type:   ☐ Sharp   ☐ Dull   ☐ Cramping   ☐ Constant
         ☐ Intermittent   ☐ Radiation: _____
Prior History of Similar Symptoms:   ☐ No   ☐ Yes: _____
Associated symptoms: _____
Other: _____

**Objective:**   Vital signs:   Temp 98   Pulse 88   Resp 16   B/P 118/60
General Appearance:   ☑ no acute distress   ☐ acute distress
Color:   ☑ pink   ☐ flushed   ☐ pale   ☐ cyanotic   ☐ jaundice
Skin:   ☑ warm   ☐ dry   ☐ cool   ☐ moist/clammy
Turgar:   ☑ normal   ☐ decreased
Mucous Membranes:   ☑ moist   ☐ dry
Exam: _____
_____
_____

Abnormalities Noted:   ☐ no   ☐ yes: _____

**Assessment/Protocol:**   Notify provider* if:
   ☐ Abnormal vital signs:
          Temp>100; Pulse>100 or <50; B/P systolic>180 or diastolic >110
   ☐ Appears in acute distress
   ☐ Complaining of severe pain (Scale of 1-10=7 or greater)
   ☐ Any unexplained clinical abnormality
   ☐ Any persistent or progressively worse symptoms
   ☐ Presence of any abnormal findings

**Plan:**   ☐ Refer to: CMP          Date & Time: 6-27-07 10-07
            ☑ Instructions: refer to eye doctor BMJ 7-20
            ☐ Meds given: _____
            ☐ Other: _____

Nurse's Signature:   A SL  LPN          6-27-07
                                           Date/Time

* Provider means Nurse Practitioner, Physician's Assistant, and/or MD.



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jody Griffith_ Date of Request: _6-25-07_
ID # _249169_ Date of Birth: _9-11-71_ Location: _E-1B_
Nature of problem or request: _Eye problems    Problems with gaining_
_weight_

_Jody Griffith_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _97.5_ P: _88_ R: _16_ BP: _118/60_ WT: _145_

**(A)ssessment:** c/o having trouble c̅ vision in sunlight normally wears dark lenses to protect eyes from U.V rays, eye Doctor referral

**(P)lan:** wt loss ℞ lack of appetite.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_N. Si___ LPN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**Alabama Department of Correct. s**
**Patient Care Protocol**

Griffith, Jody                                    249169     9-11-71
_____                          _____   _____
Inmate Name                                         AIS #       D.O.B.

Current Meds: __n/A_____     Medication Allergies: __NKda_____

## MISCELLANEOUS

**Subjective:**   Complaint: Allergies
Onset: _____   ☐ New    ☐ Chronic   ☐ History of recent trauma/injury
                                      ☐ History of recent infection
Pain: ☒ No  ☐ Yes—Scale (1-10) ____; Location: _____
Type:   ☐ Sharp    ☐ Dull     ☐ Cramping   ☐ Constant
        ☐ Intermittent ☐ Radiation: _____
Prior History of Similar Symptoms:      ☐ No      ☐ Yes: _____
Associated symptoms: _____
Other: _____

**Objective:**   Vital signs:   Temp 97.4 Pulse 88 Resp 18 B/P 109/68
General Appearance: ☒ no acute distress      ☐ acute distress
Color: ☒ pink    ☐ flushed    ☐ pale    ☐ cyanotic     ☐ jaundice
Skin: ☒ warm     ☐ dry        ☐ cool   ☐ moist/clammy
Turgar:          ☒ normal     ☐ decreased
Mucous Membranes: ☒ moist     ☐ dry
Exam: _____
_____
_____

Abnormalities Noted: ☒ no      ☐ yes: _____

**Assessment/Protocol:**     Notify provider* if:
☐ Abnormal vital signs:
     Temp>100; Pulse>100 or <50; B/P systolic>180 or diastolic>110
☐ Appears in acute distress
☐ Complaining of severe pain (Scale of 1-10=7 or greater)
☐ Any unexplained clinical abnormality
☐ Any persistent or progressively worse symptoms
☐ Presence of any abnormal findings

**Plan:**   ☐ Refer to: _____   Date & Time: _____
☐ Instructions: _____
☒ Meds given: CtmxR, Allergy gtts vis, re A, Nasal Crom
☐ Other: _____

Nurse's Signature: A Simms LPN          5-21-07
                                        Date/Time

* Provider means Nurse Practitioner, Physician's Assistant, and/or MD.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jody Griffith_    Date of Request: _5-17-07_
ID # _249169_    Date of Birth: _9-11-71_ Location: _E-Dorm 198_
Nature of problem or request: _Allergies making eyes dry and occasional_
_coughing_ _Sluth on right bottom eyelid requesting antibiotic_
_drops_

_____

_Jody Diffe_
      Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): T: _974_   P: _88_   R: _18_   BP: _109/68_ WT: _150_

**(A)ssessment:** c/o allergies, red eyes, stye to ⓇEye

**(P)lan:** Ctmxr 12mg ī po BID     Nasal Cream ī
Allergy gtts visine Ae —     spray each nostril
                                     QID
Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

_A Simms LPN_
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jody Griffith_    Date of Request: _3-2-07_
ID # _249169_    Date of Birth: _9-11-71_ Location: _E-18B_
Nature of problem or request: _My ankles keep swelling._
_Allergies (seasonal) are beginning to bother me with sneezing,_
_coughing, runny eyes and sore throat._

_Jody Griffith_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _3/6/07_
Time: _0850_ AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** C/o ankle swelling.
C/o runny nose, sneezing, coughing

**(O)bjective** (V/S): T: _98.0°_ P: _70_ R: _16_ BP: _110/78_ WT: _150_
Pale, swollen extremities
Positive clear nasal drainage
Throat clear c clear drainage
c ankle edema noted

**(A)ssessment:** Allergic rhinitis

**(P)lan:** OTM c/ibu ↑ 616k 5 days
Nasal cream spray ↑ ↑ PRES c Tlaxcala
Guifenison 600mg ↑ 61d x 5 days

Pt advised to reduce sodium intake

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
**CIRCLE ONE**
Check One: ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_signature_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

RECEIVED
JAN 9 9 2007

Print Name: _Jody Griffith_    Date of Request: _01- -07_
ID # _249169_    Date of Birth: _09-11-71_ Location: _9-A-18T_
Nature of problem or request: _Sinus problems and other cold symptoms_
_- Problems swallowing_

_Jody Griffith_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _1/10/07_
Time: _1030_    (AM) PM
Allergies: _NKdA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** c/o "sinus congestion, problems swallowing"

**(O)bjective (V/S): T:** _98.2_  **P:** _76_  **R:** _18_  **BP:** _110/80_  **WT:** _140_
PERL, swollen turbinates
throat red c clear drainage
clear nasal drainage
lymphadenopathy
**(A)ssessment:** Rhinitis

**(P)lan:** CTM 4/mg ÷ 616 x 7days
Motrin 200mg TTT TID PRN x3days

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Charles D. Harper, CRA_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

*Body Chart*

| ADMISSION DATE | TIME AM/PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|
| 1/4/07 | | | |

ALLERGIES   NKDA

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.7  ORAL/RECTAL   RESP. 16   PULSE 96   B/P 51/97   RECHECK IF SYSTOLIC <100> 50 ____

NATURE OF INJURY OR ILLNESS

S - Body Chart
O - w/m BS.o C/o bruises
☐ open areas noted,
Lungs CTA, bowel sounds
present ✓
A - See Body Chart
P - Release to DOC
E - Follow rules and
reg of DOC

|  | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| 1/4/07 | | | |

| NURSE'S SIGNATURE | DATE 1-4-07 | PHYSICIAN'S SIGNATURE | DATE 1/9/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249189 | 9-11-71 | w/m | LCF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby

Date: 1-3-07  Time: M13  AM/PM

RELEASE FROM:
- [ ] Infirmary
- [ ] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [✓] DOC   ☑ DCJ
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKDA

PHYSICAL EXAMINATION

Date of last exam: 11-9-06

Chest X-Ray Date: _____ Result: _____

PPD Reading 11-10-06 ∅mm

Classification: _____

Limitations: _____

## LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | 11-9-06 | ☒ | | Wears Glasses/Contacts | | ☒ |
| Urinalysis | 11-9-06 | ☒ | | Dental Prosthesis | | |
| HIV, RPR | 11-9-06 | ☒ | | Hearing Aide | | |
| | | | | Other Prosthesis | | ☒ |

A. Simms LPN
Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS Pt. C/o (L) leg pain in the Out Patient Clinic on 12/4/06 + CRNP ordered distal (L) femur X-ray to R/o abnormality et F/u in Out Pt. clinic about (L) leg pain + if the X-ray et (L) leg pain. There is no X-ray on jacket + no documentation of F/u. The (L) leg pain happened p alteration @ DOC.

CURRENT MEDICATION - DOSAGE AND FREQUENCY

no med.'s

| MEDICATIONS NONE | ☐ Sent w / inmate | ☐ Not sent w / inmate |
|---|---|---|
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☑ Sent w / inmate | ☐ Not sent w / inmate |

Released to: ADOC

Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☐ Received | ☐ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

Received by: _____
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC  no CCC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED
- [✓] Medical
- [ ] Dental
- [ ] Mental Health

Date _____ Time _____ With Whom - - Location (Sending Nurse) _____ Date/Appt. Made w/Whom (Rec. Nurse)

Possibly (L) distal femur X-ray if still having problems.

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | | ✓ |
| STATUS | Special Diet | | ✓ |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE
| Sick Call Procedures Explained | ✓ |
|---|---|
| Height | 43 |
| Weight | 159 |
| Blood Pressure | 159/A |
| Temperature | 97.7 |
| Pulse Resp. | 16/A |
| Other | |

_Linda Bell RN_
Signature of Nurse Completing Assessment (Sending Nurse)

1-3-07
Date

_____
Signature of Intake Screening Nurse (Receiving Nurse)

_____
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Griffth, Jody Edwrn | 249169 | 9/11/71 | W/M | KCF |

PHS-MD-70009
**(White - Medical Jacket, Yellow - Transfer Coordinator)**

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Griffith, Jody
                    Last                    First

Inmate Number: 249169

Date of Birth: 9 / 11 / 71
                    MM    DD    YYYY

Date of Report: 12 / 4 / 06
                    MM    DD    YYYY

Time Seen: 600  (AM) / PM  Check One

(1)

**Subjective:** Chief Complaint(s): Large bruise on back of Lt thigh.

Onset: X 11 days @ F/u Lt EAR.

Brief History: 35 yo wm c̄ Ø significant medical Hx.
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 97.7 P: 71 RR: 20 B/P: 145 / 93

Examination Findings: Bruising on back of Lt thigh.
(Continue on back if necessary)

**Assessment:** (Referral Status)      Preliminary Determination(s): Alts in comfort lft

☐ Referral NOT REQUIRED                    alone statement

☒ Referral REQUIRED due to the following: (Check all that apply)

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☒ Other: _____

☐ Check Here if additional notes on back

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
                    (Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): B. Adams carr    Date for referral: 12/4/06
                                                                                    MM DD YYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____    Time _____

x _J. Graves_____
    Nurses Signature

Name: Lorraine Graves
            Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Jody Griffith**          Date of Request: **12-2-06**
ID # **249169**          Date of Birth: **9-11-7)** Location: **Kilby EB-01**
Nature of problem or request: Request to see Doctor for large bruise on back of leg. Has been present for ten days and has hard center. I was hit with a baton. Afraid of internal bleeding

_____
                                        Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**     **(V/S):** **T:** _____     **P:** _____     **R:** _____     **BP:** _____     **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:     MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )     No ( )          12/4/06
                        Was MD/PA on call notified:     Yes ( )     No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**

**SICK CALL REQUEST**

Print Name: _Griffith, Jody_  Date of Request: _11-24-06_

ID # _249169_  Date of Birth: _9-11-71_  Location: _Kilby_

Nature of problem or request: ~~Needed by Dr. J.P.~~

_Severe pain in jaw, Bad headache, Hurting around my left ear_

_Jody Griffith_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )

Was MD/PA on call notified:  Yes ( )  No ( )

_11/27/04_

_____

*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Griffith, Jody_

Inmate Number: _24 9169_                    Date of Birth: _9 | 11 | 71_
                                                              First

Date of Report: _11 | 27 | 06_             Time Seen: _to00_  (AM/PM) Circle One
                      MM  DD  YYYY                        _135_

**Subjective:** Chief Complaint(s): _Something is wrong with the Lt_
Onset: _side of my head. Hit in head Thursday night._

Brief History: _35 yo WM c̄ ø significant medical Hx._
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T: _98¹_ /P: _75_  RR: _20_  B/P: _143 /90_   ☐ Check Here if additional notes on back

Examination Findings: _A+O x3 Resp. reg c̄ ease  VS WNL_
(Continue on back if necessary)

**Assessment: (Referral Status)**                    ☐ Check Here if additional notes on back
   ☐ Referral **NOT REQUIRED**     Preliminary Determination(s): _Alt in comfort lft_
                                    _alione statement_
   ☑ Referral **REQUIRED** due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List(): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _____

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Date for referral: _ /  / _
                                                                                                              MM  DD  YYYY
                                                                                                    Time _____

x _L Graves_                                Name: _Loraine Graves_
   Nurses Signature                                Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Kilby | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 11/23/06 | 9:25 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

ALLERGIES NKA

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99.3 ORAL/RECTAL    RESP. 20    PULSE 96    B/P 140/76    RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S- 2nd body per ADOC

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Alert and oriented to person, place, and time. Resp. with ease. Skin warm, dry, and intact. only mm On second exam minor abrasion noted with no bleeding noted as follows. <1cm on 3rd toe Left foot, Left posterior thigh 5cm bruise, 4 cm bruise left lateral hip, 3cm bruise left anterior hip, 3cm bruise left lateral shoulder, 5.5 cm abrasion left inferior forearm, small abrasion left wrist, <1cm abrasion left lateral head, <1cm superior left eyebrow, no distress noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**
A- body chart per ADOC

**INSTRUCTIONS TO PATIENT**
P- Release to ADOC

| DISCHARGE DATE | TIME | RELEASE/ TRANSFERRED TO | ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 11/23/06 | 9:40 AM/PM | | | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| ___ LPN | 11/23/06 | @ 11/27/06 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249169 | 9/11/71 | w/m | KCF |

PHS-MD-70007        (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 11/23/06 | TIME 6:10 AM/PM | ORIGINATING FACILITY KCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | O2 Sat 98% | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98.6 ORAL/RECTAL   RESP. 20   PULSE 103   B/P 142/90   RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

Body Chart Per DOC

S-"I was assaulted by a DOC officer".

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Alert & Oriented to person, place, and time.
Resp. with ease. Skin warm, dry, and intact.
Small abrasion to left wrist, no bruises, no
cuts, no distress noted

A- body chart per ADOC

P- Release to ADOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 11/23/06 | TIME 6:20 AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE QJ Everett LPN | DATE 11/23/06 | PHYSICIAN'S SIGNATURE 11/27/06 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Griffith, Jody | DOC# #249169 | DOB 9/11/71 | R/S W/M | FAC. KCF |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



Facility Name:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

CTM XR 12mg
ī po BID
x 7 days
8A

Start Date: 5-21-07     Prescriber: N.P
Stop Date: 5-27-07     RX #:

Nasal Crom
Nasal Spray ī
sprays each
nostril  QID x 7days

Start Date: 5-21-07     Prescriber: N.P
Stop Date: 5-27-07     RX #:

Visine A gtts
ī gtts each
eye  BID
x 7 days

Start Date: 5-21-07     Prescriber: N.P
Stop Date: 5-27-07     RX #:

Gentamicin oint.
apply to (L) eye
lid Qtts x 7days

Start Date: 5-21-07     Prescriber: Hooper
Stop Date: 5-27-07     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | A. Simms LPN | AS | A. Davis, LPN | AD | 1. Discontinued Order<br>2. Refused |
| Allergies NKDA | | | | | 3. Patient out of facility<br>4. Charted in Error |
| | | | | | 5. Lock Down<br>6. Self Administered |
| Housing Unit: | | | | | 7. Medication out of Stock |
| Patient ID Number: 249169 | | | | | 8. Medication Held |
| Patient Name: | | | | | 9. No Show |
| Griffith, Jody | Date of Birth: | | | | 10. Other |

| Facility Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting:

**CTM 4mg — po BID x 5 days**

Hour: 7A / 6P

Start Date: 3-6-07   Prescriber: Hooper
Stop Date: 3-11-07   RX #:

**Guaifenesin 600mg — po BID x 5 days**

Hour: 7A / 5P

Start Date: 3-6-07   Prescriber: Hooper
Stop Date: 3-11-07   RX #:

**Nasal Crom spray "1" puffs TID x 5 days**

Hour: 10P

Start Date: 3-6-07   Prescriber: Hooper
Stop Date: 3-11-07   RX #:

#1 3-9-07 ABLPN

Jody 3/7

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | SS | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | | | NB | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 249169 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Griffith, Jody | | Date of Birth: | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |



| Facility Name: | | Hour | Month/Year of Charting |
|---|---|---|---|

CTM 4mg ÷ BID x7 days

8A

4P

Start Date: 1-10-07    Prescriber: Hooper
Stop Date: 1-17-07    RX #:

Motrin 200mg POTID x3days

8A

4P

Start Date: 1-10-07    Prescriber: Hooper
Stop Date: 1-13-07    RX #:

Diagnosis

Allergies  NKDA

Housing Unit:
Patient ID Number: 2401169
Patient Name:

Griffith, Jody

Nurse's Signature: A Simmons    Initial: AS
Nurse's Signature: M.Buckner    Initial: MB
A. Davis, LPN AD

Documentation Code:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

| Facility Name: Ki L&g | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | |

Bucton mibs +
pu B Jo x 14d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 11/27/06    Prescriber:
Stop Date: 12/12/06    RX #:

Matrin 600mrg po
BID PRN
x 14d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 11/27/06    Prescriber:
Stop Date: 12/12/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKOA | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 249169 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Griffith Jody | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

PHS

## Limestone Correctional Facility

## KOP Medication Protocol

**POLICY:**  The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication incorrectly, they will have to come get their medications during designated pill call; in addition, they may face possible disciplinary actions from the ADOC.

**PROCEDURE:**
1. The medication comes in 'inmate' specific blister packs.
2. Use as directed on sticker.
3. Refills for KOP are done on specific times. You must bring your empty card(s) to the Heath Care Unit (HCU); otherwise, you will not receive your next card. The card will be checked at that time against the MAR to determine if the number of pills remaining is accurate (not too many left, not too few).
4. Counseling may be required if inmate is taking medications wrong.
5. Each inmate is responsible for keeping his medication in a secure area. We will not be responsible for stolen medications.
6. When the inmate receives their card(s) of medication, usually #30 tabs per card, they should pop them out in numerical order, i.e., #30, #29, etc.
7. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or others deemed by the ADOC or the Medical Doctor. Also, if there is a history of non-compliance.
8. The inmate will be required to come to sign a KOP agreement at intake orientation. At this time, the staff will explain the procedure to the inmate and document that the information was explained.
9. Inmates admitted to the infirmary need to bring all their KOP medications, and the infirmary nurse will dispense those mediations.
10. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

_____          2/9/69
Inmate Signature                        AIS #

_____          1-4-07
Nurse Signature                         Date

Created 11.02.05
Revised 07.25.06

Facility Name: KILBY

Month/Year of Charting: 11/06

Bactrim DS →
PO BID x 14d

Hour: 0900 / 1800

Start Date: 11/27/06
Stop Date: 12/12/06
Prescriber: Adamson CRNP
RX #:

Motrin 600 mg
PO BID PRN
x 14d

Start Date: 11/27/06
Stop Date: 12/12/06
Prescriber: Adamson CRNP
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 249109 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Griffith, Jody | | | Date of Birth | | 9. No Show |
| | | | | | 10. Other |

# EYE EXAMINATION SHEET

| Facility: | LCF | | Date of Request: | 6/25/07 |

**Subjective:** Photosensitivity

**Past History:**

## CONSULTATION REPORT

|  | | W/Glasses | W/O Glasses |
| --- | --- | --- | --- |
| Snelling: | OD | | 20/20 |
| | OS | | 20/25 |

**OPHTH & EXT:**
**Dilated Eye Exam**
YES    NO
(circle one)

Mydriatic solution  1 to 2 gts per eye.

_____ Optometrist Signature
Samantha Bellan RN
Nurse Signature

**New RX:**    OD    $+175. 100 \times 110$

Rx    OS    $+150 - 050 \times 180$

Fade tint.

Shade proof

**Glaucoma:**    YES    NO
(circle one)

IOP:  15 / 14

**Details:**
3/3 NRI

**Cataracts:**    YES    (NO)
(circle one)

**Details:**

Ⓞ  corneal scar

**Frame:** 58
**Size:**
**Color:**
**Seg Ht:** 5 0 / 14 r

_____ 11/29/07
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
| --- | --- | --- | --- | --- | --- |
| Griffith, | Jody | | 9-11-71 | | 249169 |

AL-1006-CMS Eye Examination Sheet

**BioReference LABORATORIES**

| DOCTOR | CMS LIMESTONE<br>28779 NICK DAVIS RD.<br>HAVEST, AL  35749 | |
|---|---|---|
| (A0309-8)    Bio-Net Print | -FINAL-  Original Report 12/20/2007 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| GRIFFITH, JODY | 249169 | HOBBS, BILL |

| LAB I.D. NO.<br>106615414 | DATE COLLECTED<br>12/19/2007 | DATE RECEIVED<br>12/20/2007 10:23 | DATE OF REPORT<br>12/20/2007 03:19 | AGE<br>36 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Tests Ordered : PANEL 405? | | * CHEMISTRY * | | |
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.7 | | 3.2-5.2 | gm/dl |
| Globulin | 2.7 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.7 | | 1.1-2.9 | |
| Glucose | 88 | | 70-99 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.6 | | 3.3-5.3 | mmol/L |
| Chloride | 102 | | 96-108 | mmol/L |
| CO2 | 27 | | 21-29 | mmol/L |
| BUN | 12 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 10.9 | | 10-28 | |
| Calcium | 9.1 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.6 | | 2.4-7.0 | mg/dl |
| Iron | 143 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.9 | | 0.1-1.0 | mg/dl |
| LDH | 147 | | 94-250 | u/l |
| Alk Phos | 93 | | 39-120 | u/l |
| AST (SGOT) | 20 | | < 37 | u/l |
| Phosphorous | 3.0 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 24 | | < 40 | u/L |
| G-GTP | 18 | | 7-51 | u/L |

```
* GFR, Estimated = 80.37 mL/min/1.73m2
```

GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73. If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)    ***** Male/Female reference range: >60 mL/min/1.73 m2 *****
Note  A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

------------------------* CARDIOVASCULAR/LIPIDS *------------------------

| Cholesterol | | 214 H? | < 200 | mg/dl |

Continued on Next Page                                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 0740<br>1-800-229-LAB<br>4255 Rev 1/0



**BioReference**
LABORATORIES

| | |
|---|---|
| **D O C T O R** | CMS LIMESTONE<br>28779 NICK DAVIS RD.<br>HAVEST, AL  35749 |
| (A0309-8)   Bio-Net Print | -FINAL-  Original Report 12/20/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| GRIFFITH, JODY | 249169 | HOBBS, BILL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106615414 | 12/19/2007 | 12/20/2007 10:23 | 12/20/2007 03:19 | 36 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Triglycerides | 116 | | < 151 | mg/dl |
| HDL CHOL. DIRECT | 43 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 20 | | % |
| Chol/HDL Ratio | 5.10 | | | |
| LDL/HDL Ratio | 3.60 HI | | 0-3.55 | |
| LDL Cholesterol | 151 HI | | < 100 | mg/dL |

**\* HEMATOLOGY \***

| | | | | |
|---|---|---|---|---|
| WBC | 4.7 | | 3.40-11.80 | x10(3) |
| RBC | 4.9 | | 4.20-5.90 | x10(6) |
| HGB | 14.5 | | 12.3-17.0 | gm/dl |
| HCT | 44.5 | | 39.3-52.5 | % |
| MCV | 91.0 | | 80.0-100.0 | FL |
| MCH | 29.7 | | 25.0-34.1 | pg |
| MCHC | 32.6 | | 29.0-34.0 | gm/dl |
| RDW | 12.9 | | 10.9-16.9 | % |
| POLYS | 64 | | 36-78 | % |
| LYMPHS | 23 | | 12-48 | % |
| EOS | 2 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 10 | | 0-13 | % |
| Platelet Count | 168 | | 144-400 | x10(3) |

**\* MISCELLANEOUS \***

| | | | |
|---|---|---|---|
| TSH | 2.180 | | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | 7.1 | | 4.5-12.0 ug/dL |
| T3 UPTAKE | 37.1 | | 24.3-39.0% |
| FREE T4 INDEX | 2.6 | | 1.1-4.5 |

Final Report                                            Page: 2

_[signature]_

_[signature]_
**James Weisberger, M.D.**
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 07407<br>1-800-229-LAB<br>4255 Rev 1/0

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 11/10/2006
TIME OF REPORT: 8:54 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY25/249169 | JODY GRIFFITH | Kilby |

| DATE COLLECTED | TIME COLLECTED |
|---|---|
| 11/9/06 | 8:30 AM |

| DATE RECEIVED | TIME RECEIVED |
|---|---|
| 11/9/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested



WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 313-205-5264-0 | S | MB | COMPLETE | Page #: | 1 |

**ADDITIONAL INFORMATION**

NPY25

FASTING: N
DOB: 9/11/1971

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **GRIFFITH,JODY** | M | 35 / 1 |
| PT. ADD.: | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/09/2006 | 6:00 | 11/09/2006 | 11/10/2006 | 7:22 | 9557 |

**CLINICAL INFORMATION**
CD- 41139339374

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 249169 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
PO BOX 11
Mt. Meigs              AL   36057-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CBC With Differential/Platelet

| | | | | |
|---|---|---|---|---|
| > | WBC | 10.7H | x10E3/uL | 4.0 - 10.5 | MB |
| | RBC | 5.51 | x10E6/uL | 4.10 - 5.60 | MB |
| | Hemoglobin | 16.0 | g/dL | 12.5 - 17.0 | MB |
| | Hematocrit | 48.0 | % | 36.0 - 50.0 | MB |
| | MCV | 87 | fL | 80 - 98 | MB |
| | MCH | 29.1 | pg | 27.0 - 34.0 | MB |
| | MCHC | 33.4 | g/dL | 32.0 - 36.0 | MB |
| | RDW | 13.9 | % | 11.7 - 15.0 | MB |
| | Platelets | 315 | x10E3/uL | 140 - 415 | MB |
| | Neutrophils | 70 | % | 40 - 74 | MB |
| | Lymphs | 18 | % | 14 - 46 | MB |
| | Monocytes | 6 | % | 4 - 13 | MB |
| | Eos | 6 | % | 0 - 7 | MB |
| | Basos | 0 | % | 0 - 3 | MB |
| | Neutrophils (Absolute) | 7.5 | x10E3/uL | 1.8 - 7.8 | MB |
| | Lymphs (Absolute) | 1.9 | x10E3/uL | 0.7 - 4.5 | MB |
| | Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | MB |
| > | Eos (Absolute) | 0.6H | x10E3/uL | 0.0 - 0.4 | MB |
| | Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  GRIFFITH,JODY | Pat ID: 249169 | Spec #:  313-205-5264-0 | Seq #: 9557 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

**RECEIVED**
AUG 3 0 2007

Print Name: _Jody Griffith_  Date of Request: _8-29-07_
ID # _249169_   Date of Birth: _9-11-71_ Location: _LCF E-18B_
Nature of problem or request: _I am requesting to have my_
_teeth cleaned_

_Jody Griffith_
_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _8/31/07_
Time: _400_   AM (PM)
Allergies: _NKDA_

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 8.31.07             │
│  Time: 4 pm                │
│  Receiving Nurse Intials 2. │
└─────────────────────────────┘
```

**(S)ubjective:** _same as above_

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:** _appt. scheduled_

Refer to:  MD/PA  Mental Health  (Dental)  Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

_____ RDH, DA
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022



**DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH SERVICES**

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  11-9-04

Initial Classification

Oral Pathology ..............................  Gingivitis _____
                                            Vincent's Infection _____
                                            Stomatitis _____
                                            Other Findings _____

Occlusion _____

Roentgenograms ..............................  Periapical _____
                                               Bitewing _____
                                               Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 11-9-04 | FM | | OH-I | dw I | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249169 | 9.11.71 | W | KCF |

PHS-MD-70015