```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003855
Cashier ID: khaynes
Transaction Date: 02/12/2008
Payer Name: TONYA ANTHONY
------------------------------------
PLRA CIVIL FILING FEE
 For: JODY E. GRIFFITH
 Case/Party: D-ALM-2-07-CV-000749-001
 Amount:        $25.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 200566950980
 Amt Tendered:  $25.00
------------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00
```