**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JODY EDWIN GRIFFITH, #249169,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-CV-00749** |
| | ) | |
| **GARY ANDERSON, OFFICER** | ) | |
| **PETERSON, ALFREDA DULANEY,** | ) | |
| **AND HERBERT LEVERETTE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS**
**ALFREDA DULANEY AND HERBERT LEVERETTE'S RESPONSE TO ORDER TO**
**SHOW CAUSE**

---

COME NOW, Defendants ALFREDA DULANEY and HERBERT LEVERETTE

("Defendants"), and submit the following evidentiary materials in support of their respective

Response to Order to Show Cause:

      A.     Affidavit of Alfreda Dulaney;

      B.     Affidavit of Herbert Leverette; and

      C.     Medical Records of Jody Edwin Griffith.

      Respectfully submitted this 5th day of March, 2008.

                       /s/ William R. Lunsford
                       One of the Attorneys for Alfreda Dulaney and
                       Herbert Leverette

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the

following:

       Jody Edwin Griffith (*via U.S. mail*)
       AIS 249169
       Limestone Correctional Facility
       28779 Nick Davis Road
       Harvest, AL 35749

       Benjamin Howard Albritton (*via electronic mail*)
       Office of the Attorney General
       Alabama State House
       11 South Union Street
       Montgomery, AL 36130-0152

                   /s/ William R. Lunsford
                   Of Counsel

# Exhibit "A"

Alfreda Dulaney's Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JODY EDWIN GRIFFITH, #249169,    )
    )
       Plaintiff,    )
    )
v.    )
    )
GARY ANDERSON, OFFICER    )    Civil Action No.: 2:07-cv-00749-MEF-TFM
PETERSON, ALFREDA DULANEY AND    )
HERBERT LEVERETTE,    )
    )
       Defendants.    )

## AFFIDAVIT OF ALFREDA DULANEY, LPN

STATE OF ALABAMA    )
    )
COUNTY OF MONTGOMERY    )

Before me, the undersigned Notary Public, personally appeared ALFREDA DULANEY, LPN, who, after being duly sworn, states as follows:

1.    My name is Alfreda Dulaney. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.    I have been a licensed practical nurse in Alabama since May of 2000. I have been employed at Kilby Correctional Facility as a member of its medical staff since December of 2003. As of November 1, 2007, the private medical provider responsible for the medical operations at Kilby changed and my employment changed from one provider to another.

3.    Jody Edwin Griffith was at one time incarcerated at Kilby and a true and correct copy of certain excerpts from his medical record jacket, including his mental health records and grievances, are attached hereto as Exhibit "A."

4.    I do not recall when I was first notified of the lawsuit filed by Mr. Griffith against me. At some point, I was verbally notified by my supervisor at Kilby that this lawsuit had been

filed and was informed that my prior employer would be notified of the filing of this action and my former employer would make the necessary arrangements for the defense of this lawsuit. I, however, was not involved in notifying my former employer of this action and am unaware of the circumstances surrounding the notification of my former employer and the events which transpired after my employer was notified. I was notified of the retention of counsel on my behalf at the end of January, 2008.

5.    As of the date of this affidavit, I have not received a copy of the summons and complaint from a special process server or at my residence. I have not at any time authorized anyone to accept service of process on my behalf, including Paul Rogers and Bruce Vermillyer who apparently signed for mail addressed to me. In fact, I do not even know either of these individuals. I do not recall ever receiving the order from the Court directing me to show cause why I had not appeared in this case or filed anything in response to Mr. Griffith's Complaint. I have not attempted to evade in any way service of process or service of any other documents in this case.

6.    When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Kilby and/or request medical treatment for this problem. The sick call request process is well-known at Kilby and is utilized by inmates at Kilby on a daily basis. When an inmate first arrives at Kilby, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. Sick

call request forms are available in the Health Care Unit at the shift commander's station or may be obtained from the Alabama Department of Corrections ("ADOC") officer in each dorm at Kilby. An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located outside the facility's kitchen (i.e., chow hall). The sick call request forms are removed from the locked box each day and brought to the Health Care Unit. Upon retrieving the sick call request forms, the medical staff compiles a list of inmates having submitted a sick call request form, which is sent to the various dorms at Kilby. Kilby conducts sick call five (5) times per week, Monday through Friday excluding holidays or unexpected emergencies. Sick call begins at 5:00 a.m. and lasts as long as required to examine all the inmates who report to sick call. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The number of inmates reporting to sick call each day varies between approximately ten (10) and thirty-five (35). The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Kilby and they are examined the same day per the medical provider. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because it is left blank by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the infirmary (located within the Health Care Unit) and the inmate will be examined and treated by a medical provider.

7.    The medical staff at Kilby utilizes a well-established two-step grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Kilby. The initial orientation process at Kilby includes educating inmates as to the availability of the grievance process. The existence of Kilby's grievance procedure is well-known among the prison population, as indicated by the fact that the Health Services Administrator ("HSA") at Kilby receives inmate requests and/or inmate grievances on a daily basis. The physicians, nurse practitioners, nurses and other medical personnel at Kilby attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.

8.    The grievance process is initiated when an inmate submits an informal Inmate Grievance form to the HSA through the institutional mail system. After reviewing the Inmate Grievance and the inmate's medical chart, the HSA then provides a written response within five (5) days of receipt of the Inmate Grievance. The HSA's written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. Below the portion of the form designated for the "Response," the following notation appears:

IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A GRIEVANCE APPEAL FORM FROM THE HEALTH SERVICES ADMINISTRATOR. RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE SEGREGATION SICK CALL NURSE ON ROUNDS.

As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate will be brought in for one-on-one communication with the HAS and/or the Director of Nursing. A written response to a formal Grievance Appeal is provided within five (5) days of receipt. Inmate Grievance and Grievance Appeal forms are available from the medical staff and correctional

officers at Kilby. Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call boxes located outside the chow hall. When picked up by Health Care Staff, Inmate Grievance and Grievance Appeal forms are delivered to the HSA by the medical records clerk or administrative assistant. The HSA reviews the Grievances daily, provide a written response within five (5) days at the bottom of the form and return a copy of the completed forms to the inmate. The medical staff at Kilby encourages inmates who have complaints about the medical care they have sought or received at Kilby to utilize this grievance process.

As of the date of this affidavit, I have not identified any grievances filed by Mr. Griffith which relate to the events described in his complaints.

9.    I recall assisting the initial evaluation of Mr. Griffith on November 23, 2006, after an altercation between Mr. Griffith and members of the correctional staff at Kilby. My assistance was limited to taking Mr. Griffith's vital signs. Mr. Herbert Leverette took primary responsibility for examining Mr. Griffith at that time and documenting his findings and observations. Mr. Griffith was extremely agitated and was not cooperative at the time of our examination of him. While I do recall asking Mr. Griffith, "What happened?" or something to that effect, the conversation described in Mr. Griffith's Complaint did not occur as described. During my interaction with Mr. Griffith on November 23, 2006, he did not request any medical treatment or complain of any medical conditions other than minor scrapes and bruises. I did not see any sign or indication on November 23, 2006, that Mr. Griffith was experiencing any serious medical condition or required any immediate medical attention of any kind. Since November 23, 2006, I have not interacted with Mr. Griffith in any way and have not been notified of any

medical complaints voiced by Mr. Griffith at any time since that date. I did not ignore any of Mr. Griffith's complaints and have not refused to provide him with necessary medical attention.

Further affiant saith not.

_Alfreda Dulaney, LPN_
Alfreda Dulaney, LPN

**SWORN TO and SUBSCRIBED** before this the _5th_ day of March, 2008.

_Curley L. Brown_
Notary Public
My Commission Expires: _April 4, 2011_

(SEAL)

# Exhibit "B"

Herbert Leverette's Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JODY EDWIN GRIFFITH, #249169,    )
    )
      Plaintiff,    )
    )
v.    )
    )
GARY ANDERSON, OFFICER    )    Civil Action No.: 2:07-cv-00749-MEF-TFM
PETERSON, ALFREDA DULANEY AND )
HERBERT LEVERETTE,    )
    )
      Defendants.    )

## AFFIDAVIT OF HERBERT LEVERETTE, LPN

STATE OF ALABAMA    )
    )
COUNTY OF MONTGOMERY   )

Before me, the undersigned Notary Public, personally appeared HERBERT LEVERETTE, LPN, who, after being duly sworn, states as follows:

1.    My name is Nurse Herbert Leverette. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.    I began working at Kilby Correctional Facility approximately five years ago as a nurse assistant. Approximately two years ago, I received my license to practice as a licensed practical nurse and have been working in that capacity at Kilby since becoming licensed. As of October 31, 2007, the private medical provider responsible for the medical operations at Kilby changed and my employment changed from one provider to another.

3.    Jody Edwin Griffith was at one time incarcerated at Kilby and my interaction with Mr. Griffith was limited to one limited occasion.

4.    On November 23, 2006, Mr. Griffith reported to the Health Care Unit at Kilby following an altercation between Mr. Griffith and the correctional staff at Kilby. The

correctional officers escorting Mr. Griffith requested that we conduct an examination of Mr. Griffith prior to his placement in segregation. When I began my evaluation of Mr. Griffith, he was extremely angry and upset. He did not cooperate in any fashion in the examination and, ultimately, I could not conduct a full physical examination due to his agitated state. At that time, I was able to conduct a complete visual examination of Mr. Griffith because of Mr. Griffith's lack of cooperation and Nurse Alfreda Dulaney obtained Mr. Griffith's vital signs. Mr. Griffith was moved to segregation where the officers later called me again to examine Mr. Griffith after he had calmed down. At that time, I completed a second "body chart" recording my observations of the scrapes and bruises which were present on Mr. Griffith. In my opinion, none of the scrapes or bruises required stitches or further medical attention at that time. Furthermore, Mr. Griffith did not appear to be in any significant pain or distress which would indicate that his injuries were life-threatening or required any medical attention. I instructed Mr. Griffith to submit a sick call request form if he needed any further attention of any kind.

5.      I was not involved in any care rendered to Mr. Griffith after November 23, 2006. Mr. Griffith submitted a sick call request form complaining of jaw pain, headaches and left ear pain. He reported to sick call on November 27, 2006, and was referred to the nurse practitioner for further evaluation. During an examination by the nurse practitioner on November 27, 2006, Mr. Griffith only complained of ear pain and headaches and he received prescription for Motrin. He did not voice any complaints of left thigh pain.

Mr. Griffith appeared at sick call again on December 4, 2006, complaining of left thigh pain. He was referred to the nurse practitioner for further evaluation. An evaluation of Mr. Griffith on December 4, 2006, by the nurse practitioner at Kilby indicated that all of his complaints had been resolved except for a bruise on his left thigh. However, the nurse

practitioner noted that this left thigh bruise did not appear to impact Mr. Griffith's gait or movement. The nurse practitioner at Kilby ordered an x-ray of Mr. Griffith's left thigh, but this x-ray did not occur before Mr. Griffith was transferred to Limestone Correctional Facility. In his transfer documentation, the medical staff at Kilby notified the medical staff at Limestone of this outstanding order and recommended that they proceed with the x-ray if Mr. Griffith's complaints continued. After his transfer, Mr. Griffith did not submit any sick call request forms requesting further evaluation or treatment of his left thigh.

6.    While I do recall inquiring generally about what was wrong with Mr. Griffith and what happened during the altercation (which were important questions for my assessment of his condition), I simply did not make the statements regarding "siding" with correctional officers, not documenting his injuries or my examination of Mr. Griffith before lunch. During my interaction with Mr. Griffith on November 23, 2006, he did not request any medical treatment or complain of any medical conditions other than minor scrapes and bruises. I did not see any sign or indication on November 23, 2006, that Mr. Griffith was experiencing any serious medical condition or required any immediate medical attention of any kind. Since November 23, 2006, I have not interacted with Mr. Griffith in any way and was not been notified of any medical complaints voiced by Mr. Griffith at any time since that date until I recently reviewed his medical records. I did not ignore any of Mr. Griffith's complaints and have not refused to provide him with necessary medical attention.

7.    As of the date of this affidavit, I have not received a copy of the summons and complaint from a special process server or at my residence. I have not at any time authorized anyone to accept service of process on my behalf, including Paul Rogers and Bruce Vermillyer who apparently signed for mail addressed to me. In fact, I do not even know either of these

individuals.  I do not recall ever receiving the order from the Court directing me to show cause why I had not appeared in this case or filed anything in response to Mr. Griffith's Complaint.   I have not attempted to evade in any way service of process or service of any other documents in this case.

        Further affiant saith not.

                                        _Herbert Leverette, LPN_
                                      Herbert Leverette, LPN

      SWORN TO and SUBSCRIBED before this the _3_ day of March, 2008.

                                          Notary Public
                                          My Commission Expires: My Commission Expires 5/9/2011

# Exhibit "C"

Plaintiff Jody Edwin Griffith's Medical Records



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *Griffith, Jody* 2*49169* | DIAGNOSIS (If Chg'd) *CTM 4MG c̄ bid x 5 days* *Guifausin 600 mg c̄ bid x 5 days* *Nasal chron spray ī spray tid x 5 days* |
|---|---|
| D.O.B. *9/1/71* noted RSDN 3/6/07 | |
| ALLERGIES: *NKDA* | |
| Use Fourth    Date *3/6/07* | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *Griffith, Jody* 2*49169* | DIAGNOSIS (If Chg'd) *CTM 4MG c̄ bid x days* *Motrin 200 mg iii tid x 3 days* Charles Hooper, CRNP |
|---|---|
| D.O.B. *9/1/71* noted RSDN 1-10-07 | |
| ALLERGIES: *NKDA* | |
| Use Third    Date / 1/°1 7 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *Griffith, Jody* 2*49169* | DIAGNOSIS (If Chg'd) ① *X-ray* ⓛ *femur* *(distal)* *R/o ABN* ② *F/u OPC ī wk (2 om)* (X-ray) |
|---|---|
| D.O.B. *9/1/71* 12/4/06 1:45pm noted | |
| ALLERGIES: *NKDA* | |
| Use Second    Date *12/4/06* | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *Griffith, Jody* 2*49169* | DIAGNOSIS ① *Bactrim DS ī po BID x 14d* ② *Motrin 600 mg po BID x 14d PRN* ③ *F/u OPC ī wk (2 om Re-v)* |
|---|---|
| D.O.B. *9/1/71* 11/27/06 2:30 pm noted | |
| ALLERGIES: *NKDA* | |
| Use First    Date *11/27/06* | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Griffith, Jody | D.O.B.: / / |
|-----------|---|---|

12/4/06
1310

Pt. c/o bruise to L posterion thigh
x 11 days. ☒ other c/o
VSS; Afebrile

HEENT - L TM is much less erythematous
ē less edema now but ☒
entirely resolved; much improved
- ☒ other changes

Ⓛ posterior thigh with large bruise
with purple edges and yellow center;
tender to palpation with hardened area
to center; he is Ambulating on it
with apparent ease; this is his
first complaint (that I am aware of)
About his leg

1) L leg pain
   - x-ray
   - cont. motrin
   - Flu ⅓ wk / PRN

2) L OM
   - cont. present poc
   - Flu as sched

Ē: Tx plm

[signature]

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | Griffith, Jody | D.O.B.: / / |
|-----------|----------------|----------------|-------------|

11/27/06
1345

Pt. c/o (L) ear pain c̄ HA x ~ c̄ wks
VSS; Afebrile; ø other c/o

HEENT - Head/Scalp - WNL
Tm's - (R) Tm - WNL
(L) Tm - Red/bulging
throat - clean
nodes - negative
PERRLA ; EOM I

\* Consulted c̄ Dr. Robbins

1) (L) OM
- Bactrim / motrin  x 14d
- ↑ fluids / ø Smoke
- F/u OPC c̄ wk for Re-√ c̄ PRN
- this does not look to be the result of any trauma - there are no clinical signs of obvious trauma to the head/scalp

c̄: TX plan

[signature]

**Complete Both Sides Before Using Another Sheet**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jody Griffith_    Date of Request: _07-25-07_
ID # _249169_    Date of Birth: _9-11-71_ Location: _L.C.F E-18B_
Nature of problem or request: _I am requesting copies of forms F-15_
_(Bodychart) documented on Nov 23, 2006 (there were two)_
_As well as the complete Sick Call Request form dated Nov. 24, 2006 & Dec. 2, 20_
_in its entirety including medication ordered from my medical file._
                                                    _Jody Griffith_
                                                    Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _7/26/07_
Time: _1 pm_ ___ AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** **(V/S):** **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:** Patient Education on Policy + procedure.
Instructed to write request to Admin. Inmate Voiced
Understanding.

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

                    _V. Graham LPN_
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS004



PRISON HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jody Griffith_      Date of Request: _6-25-07_
ID # _249169_      Date of Birth: _9-11-71_   Location: _E-18B_
Nature of problem or request: _Eye problems    Problems with gaining_
_weight_

_Jody Griffith_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): T: _97.5_   P: _88_   R: _16_   BP: _118/60_   WT: _145_

**(A)ssessment:** c/o having trouble c vision in sunlight
normally wears dark lenses to protect
eyes from U.V rays, eye Doctor referral,
**(P)lan:** wt loss r/t lack of appetite.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_N. Si___ LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jody Griffith_    Date of Request: _5-17-07_
ID # _249169_    Date of Birth: _9-11-71_  Location: _E-Dorm 188_
Nature of problem or request: _Allergies making eyes dry and occasional_
_coughing        Sluth on right bottom eyelid requesting antibotic_
_drops_

_Jody Dffe_
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): T: _974_   P: _88_   R: _18_   BP: _109/68_  WT: _150_

**(A)ssessment:** c/o allergies, red eyes, stye to @eye

**(P)lan:** CTMXR 12mg ÷ po BID         Nasal Crom ïsspray each nostril
            Allergy gtts visine Ac —    spray each nostril
                                        BID

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:    Yes ( )    No ( )

_A Simms LPN_
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jody Griffith_   Date of Request: _3-2-07_
ID # _249169_   Date of Birth: _9-11-71_ Location: _E-18B_
Nature of problem or request: _My ankles keep swelling._
_Allergies (seasonal) are beginning to bother me with sneezing,_
_coughing, runny eyes and sore throat_

_Jody Griffith_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/6/07_
Time: _0850_ AM PM
Allergies: _NKDA_

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:** c/o ankle swelling.
No runny nose, sneezing, coughing

**(O)bjective   (V/S): T:** _98.0°_ **P:** _70_ **R:** _16_ **BP:** _114/78_ **WT:** _150_
Pale, swollen [illegible]
positive clear nasal drainage
throat clear clear drainage
c/o ankle swelling [illegible]

**(A)ssessment:** allergic rhinitis

**(P)lan:** OTM c/mb [illegible] bid x 7 days      It advised to
Nasal cream [illegible] on [illegible] + [illegible]      reduce sodium
Claritin [illegible] bid x 7 days      intake.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE (—)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_[signature]_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS007



PHS

PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

RECEIVED

JAN 0 9 2007

Print Name: _Jody Griffith_          Date of Request: _01-  -07_
ID # _249169_          Date of Birth: _09-11-71_  Location: _9-A-18T_
Nature of problem or request: _Sinus problems and other cold symptoms_
_- Problems swollowing_

_Jody D. Griffith_  /Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _1/10/07_
Time: _1030_  (AM) PM
Allergies: _NKDA_

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** c/o "sinus congestion, problems swollowing"

**(O)bjective** (V/S): T: _98.2°_  P: _76_  R: _18_  BP: _120/80_  WT: _140_
PERL, swollen turbinates
throat rise ē clear drainage
clear nasal drainage
@ lymphadenopathy
**(A)ssessment:** _R/Uwith_

**(P)lan:_CTM 4mg ÷ 616 × 7 days_
_Motrin 200mg ÷ TTT  Tid, prn × 3 days_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
                          CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_Charles D. Hooper, CRNP_
              /SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS008

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

*Body Chart*

| ADMISSION DATE /4/07 | TIME ☐ AM ☐ PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97 | ORAL RECTAL | RESP. 16 | PULSE 96 | B/P 59/ 97 | RECHECK IF SYSTOLIC <100> 50 ___ / ___ |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - Body Chart
O - W/M BS ⊘ c̄ bruises
or open areas noted
Lungs CTA - bowel sounds
present ⊘
A - See Body Chart
P - Medicate c̄ ... to DOC
E - follow rules and
reg by DOC

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE /4/07 | TIME ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 1-4-07 | PHYSICIAN'S SIGNATURE | DATE 11m.07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Griffith, Jody | DOC# 249189 | DOB 9-11-71 | R/S W/M | FAC. LCF |
|---|---|---|---|---|

PHS-MD-70007        **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS009

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: NKDA |
|---|---|---|

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby

Date: 1-3-07  Time: 7B  AM/PM (circled)

RELEASE FROM:
- [x] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC  [ ] Infirmary  [ ] Mental Health
  LCF
Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKDA

PHYSICAL EXAMINATION

Date of last exam: 11-9-06

Chest X-Ray Date: _____ Result: _____

PPD Reading: 11-10-06  Ø mm

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|---|
| CBC | | 11-9-06 | [x] | [ ] | Wears Glasses/Contacts | | [x] | |
| Urinalysis | | 11-9-06 | [x] | [ ] | Dental Prosthesis | [ ] | | |
| HIV, RPR | | 11-9-06 | | [ ] | Hearing Aide | [ ] | | A Simms LPN |
| | | | | | Other Prosthesis | [ ] | | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS Pt. C/o L leg pain in the Out Patient
Clinic on 12/4/06 & CRNP ordered distal L femur X-ray to R/O abnormality. Pt F/U
in Out Pt. Clinic about L exam on PT the X-ray & L exam On. There is no X-ray on
jacket + no documentation of F/u. The L leg pain happened p alteration c DOC.

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

no med.'s

| MEDICATIONS None | [x] Sent w/ inmate | [ ] Not sent w/ inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |
| HEALTH RECORD | [x] Sent w/ inmate | [ ] Not sent w/ inmate |

Released to: ADOC

| | Date: _____ Time: _____ AM/PM | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

Received by: _____
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC  no CCC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED      Date      Time      With Whom - - Location (Sending Nurse)      Date/Appt. Made w/Whom (Rec. Nurse)
- [x] Medical  [ ] Dental    Possibly L distal femur X-ray if still having problems.
- [ ] Mental Health

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | [x] |
| | Mental Illness | | [x] |
| | Suicide Attempt | | [x] |
| | Chronic Care | | [x] |
| STATUS | Special Diet | | [x] |
| | Appearance | [x] | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | [x] |
| | Lice | | [x] |
| | Edema | | [x] |
| | Warm & Dry | [x] | |
| | Cool & Moist | | [x] |
| CONDITION | Alert | [x] | |
| | Oriented | [x] | |
| | Uncooperative | | [x] |
| | Depressed | | [x] |

INTAKE
Sick Call Procedures Explained  [x]
Height  6'3
Weight  159 (?)
Blood Pressure  159/97
Temperature  97.1  169/97
Pulse Resp.  169/97
Other _____

Linda Bell RN
Signature of Nurse Completing Assessment (Sending Nurse)

1-3-07
Date

_____
Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Griffith, Jody Edwin | 249169 | 9/11/71 | W/M | KCF |

PHS-MD-70009

**(White - Medical Jacket, Yellow - Transfer Coordinator)**

PHS010

PHS

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Griffith, Jody
Last                    First

Inmate Number: 249169

Date of Birth: 9 / 11 / 71

Date of Report: 12 / 14 / 06

Time Seen: 600 (AM) PM Circle One

(1)

*Subjective:* Chief Complaint(s): Large bruise on back of Lt thigh.

Onset: X 11 days @ F/u Lt EAR.

Brief History: 35 yo WM c̄ ∅ significant medical Hx.
(Continue on back if necessary)

☐ Check Here if additional notes on back

*Objective:* Vital Signs: (As Indicated) T: 97.7 P: 71 RR: 20 B/P: 145 / 93

Examination Findings: Bruising on back of Lt thigh.
(Continue on back if necessary)

*Assessment:* (Referral Status)            ☐ Check Here if additional notes on back

Preliminary Determination(s): Alt in comfort r/t aliove statement

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☑ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): B. Adams can't            Date for referral: 12/14/06
MM   DD   YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time: _____

x _____            Name: Lorraine Graves
Nurses Signature                    Printed



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: _Jody Griffith_ Date of Request: _12-2-06_
ID # _249169_ Date of Birth: _9-11-71_ Location: _Kilby EB-01_
Nature of problem or request: _Request to see Doctor for large bruise_
_on back of leg. Has been present for ten days and has_
_hard center. I was hit with a baton. Afraid of internal_
_bleeding_

_Jody Griffith_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective   (V/S):   T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )       _12/4/06_
            Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS012



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Griffith, Jody _____ Date of Request: 11-24-06
ID # 249169 _____ Date of Birth: 9-11-71 _____ Location: Kilby
Nature of problem or request: ~~Help by Dr. JP.~~
___ Severe pain in jaw, Bad headache, Hurting around my left ear

_Jody Siffen_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

11/27/06

_____
_SIGNATURE AND TITLE_

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Griffith, Jody

Inmate Number: 249169

Date of Report: 11 / 27 / 06
                 MM   DD   YYYY

Date of Birth: 9 / 11 / 71
               MM  DD  YYYY

Time Seen: 600 (AM/PM) Circle One
           35

**Subjective:** Chief Complaint(s): Something is wrong with the Lt
Onset: Side of my head. Hit in head Thursday night.

Brief History: 35 yo WM c̄ ∅ significant medical Hx.
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T: 98¹ P: 75 RR: 20 B/P: 143/90     ☐ Check Here if additional notes on back

Examination Findings: A+O x3 Resp reg c̄ ease VS WNL
(Continue on back if necessary)

**Assessment:** (Referral Status)     Preliminary Determination(s): Pts in comfort R/T     ☐ Check Here if additional notes on back
☐ Referral NOT REQUIRED          above statement
☑ Referral REQUIRED due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____     Date for referral: __ / __ / __
                                                                                                              MM  DD  YYY
                                                                                                              Time

x _J Graves_
   Nurses Signature

Name: Lorraine Graves
        Printed

PHS014

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Kilby | |
|---|---|---|---|
| 11 /23 /06 | 9:25 AM PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

VITAL SIGNS: TEMP 99.3 ORAL RECTAL    RESP. 20    PULSE 96    B/P 140/76    RECHECK IF SYSTOLIC <100> 50 _____/_____

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S-2nd body per ADOC

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Alert and oriented to person, place, and time. Resp. with ease. Skin warm, dry, and intact. ~~only minr~~ On second exam minor abrasion noted with no bleeding noted as follows. <1cm on 3rd toe left foot, Left posterior thigh 5cm bruise, 4 cm bruise left lateral hip, 3cm bruise left anterior hip, 3cm bruise left lateral shoulder, 5.5 cm abrasion left interior forearm, small abrasion left wrist, <1cm abrasion left lateral head, <1cm superior left eyebrow, no distress noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**
A- body chart per ADOC

**INSTRUCTIONS TO PATIENT**
P- Release to ADOC

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE | |
|---|---|---|---|---|---|
| 11 /23 /06 | 9:40 AM PM | ☑ DOC  ☐ AMBULANCE  ☐ | | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Q.Luciotto LPN | 11/23/06 | @ 11/27/06 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Griffith, Jody | 249169 | 9/11/71 | W/M | KCF |

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS015

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 11/23/06 | TIME 6:10 ☑ AM ☐ PM | ORIGINATING FACILITY KCF ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | O2 Sat 98% | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.6 ☐ ORAL ☐ RECTAL | RESP. 20 | PULSE 103 | B/P 142 90 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

Body Chart Per DOC

S- "I was assaulted by a DOC officer".

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- Alert & Oriented to person, place, and time
Resp. with ease. Skin warm, dry, and intact.
Small abrasion to left wrist, no bruises, no
cuts, no distress noted

A- body chart per ADOC

P- Release to ADOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 11/23/06 | TIME 6:20 ☐ AM ☑ PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J. Leverett LPN | DATE 11/23/06 | PHYSICIAN'S SIGNATURE 11/27/06 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Griffith, Jody | DOC# #249169 | DOB 9/11/71 | R/S W/M | FAC. KCF |
|---|---|---|---|---|

PHS-MD-70007     **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS016

Facility Name:

| | Hour | Med Yea | |
|---|---|---|---|

CTM 4mg ī
BID
x7days

8A

4P

Start Date 1-10-07    Prescriber
Stop Date 1-17-07

Hooper

Motrin 200mg
PO TID
x3days

8A

4P

Start Date 1-10-07    Prescriber
Stop Date 1-13-07

Hooper

Diagnosis

Allergies    NKDA

Nurse's Signature / Initial

A. Davis, LPN

Patient ID Number    249169

Patient Name    Griffith, Jody

PHS017

Facility Name: KLCBY

Bactrim DS +
PO BID x 14d

Motrin 600mg PO
BID PRN
x 14d

**Month/Year of Charting:** E-Block  10/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

0400

1800

Start Date 11/27/06    Prescriber
Stop Date 12/12/06     RX #

Start Date 11/27/06    Prescriber
Stop Date 12/12/06     RX #

Diagnosis

Allergies  NKDA

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of stock
8 Medication Held
9 No Show
10 Other

Nurse's Signature

Housing Unit:
Patient ID Number: 249169
Patient Name: Griffith, Jody

PHS018

Facility Name    KILBY

Bactrim DS i
PO BID x 14d

Month/Year of Charting    7/1/06

Hour    0900    →PØ a

Hour    1800    HSM

Start Date    11/27/06    Adamson P
Stop Date    12/11/06    RX #

Motrin 600 mg
PO BID PRN
x 14d

Hour    P
h
N    HSM

Start Date    11/27/06    Adamson P
Stop Date    12/11/06    RX #

Diagnosis

Allergies

Housing Unit

Patient ID Number    249169

Patient Name    Griffith, Jody

PHS019

DOC N610
09/87

*PC*

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: *GRIFFITH, JODY w/249169*   DATE: *1-4-07*   TIME: *11:50 AM*

DOB: *9-11-71*   OFFICER: *S. Matthews*   INSTITUTION: *LCF*

<u>BOOKING OFFICERS VISUAL OPINION</u>                          <u>Yes</u>      <u>No</u>

1.  Is the Inmate Conscious ?                                  Yes     ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms
    suggesting the need for emergency services ?              ___      X

3.  Are there any visible signs of trauma or illness requiring immediate
    emergency or doctor's care ?                              ___      X

4.  Any    obvious fever, swollen lymphnodes, jaundice, or other evidence
    of infection which might spread through the institution ?  ___     X

5.  Is the skin in poor condition or show signs of vermin or rashes ?  ___  X

6.  Does the inmate appear to be under the influence of Alcohol, or
    Drugs ?                                                   ___      X

7.  Are there any visible signs or Alcohl or Drug withdrawal ?  ___    X
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)

8.  Is the inmate making any verbal threats to staff or other inmates ?___  X

9.  Is the inmate carring any medication or report that he is on any
    medication which must be continuously administered or available ?  ___  X

10. Does the inmate have any obvious physical handicaps ?      ___      X

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder?                                  ___      X

12. Are you on any special diet prescribed by a physician ?   ___      X
    (if yes - what type ? )

13. Do you have a history of veneral disease or abnormal discharge ?  ___  X

14. Have you recently been hospitalized or recently seen a medical or psychiatric
    doctor for any illness ?                                  ___      X

15. Have you ever attempted suicide ?                         ___      X
    (If yes - When ?_____ How ?_____

16. Do you want to do any harm to yourself now ?              ___      X

PHS020

|  | Yes | No | No Responce |
|---|---|---|---|

17.  Do you want to talk to a mental health counselor ?     _____   X   _____

18.  Are you allergic to any medication ?     _____   X   _____

19.  Have you recently fainted or had a head injury ?     _____   X   _____

20.  Do  you have epilepsy ?     _____   X   _____

21.  Do you have a history of tuberculosis ?     _____   X   _____

22.  Do you have diabetes ?     _____   X   _____

23.  Do you have hepatitis ?     _____   X   _____

24.  Do you have a painful dental problem ?     _____   X   _____

25.  Do you have any medical problem we should know about ?   _____   X   _____

26.  Do you have a past alcohol  or drug history ?     _____   X   _____
     What type:_____ How much used_____
     For how long:_____
     Last time you used any:_____

COMMENTS: (Unusual behavior etc.)

_____

_____


FOR THE OFFICER:

27.  Was the new inmate briefed on sick/dental call procedures?  YES

28.  This inmate was:  a.  Release for normal processing  YES
                       b.  Referred to appropriate health care unit  _____
                       c.  Immediately sent to health care unit  _____

                                         _____
                                         Officer's Signature

NOTE:  This form is completed on inter & intra system transfers at receiving and will
be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and
AMA Standard 140.

                                         X _____
                                         Inmate's Signature

PHS021

# PHS

## Prison Health Services

Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749
Telephone: (256) 233-4600, Ext. 234 or
(256) 230-9417
Fax: (256) 230-9417

I have read the *Access to Health Care* information sheets and have been given a copy. I understand how to access health care.

Name _Jody Offt_      Date _1-4-07_

AIS # _249169_

Medical Staff _A Simms CPU_      Date _1-4-07_

Created 03/15/06

PHS022

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _____     Date _11-9-06_

AIS# _249169_

Medical Staff _F. Thomas_____     Date _11-9-06_

4/13/04

PHS023