IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 APR -1  A 9: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JODY EDWIN GRIFFITH,

    Plaintiff,

v.                        Case No: 2:07-CV-749-MEF

GARY ANDERSON, et al.,

    Defendants.

---

Plaintiff's Response to the 'Answer' of Defendants
Leverette and Dulaney

---

Comes now, the Plaintiff, Jody Griffith, in compliance with this Court's order dated March 11, 2008, regarding the defenses raised by Defendants Leverette and Dulaney in their 'Answer' filed March 5, 2008, and submits the following in opposition thereof:

1. In their Answer, Defendants Leverette and Dulaney (the "Nurses") raise twenty-eight (28) affirmative defenses (Document 45, pages 24-27), the vast majority of which have

1

no bearing on the case before this Court.[1] In the interest of simplicity and judicial economy, Griffith elects not to address all of these unfounded defenses at this time[2], but instead remains focused only on those defenses that directly apply to the case at bar, such as the pre-exhaustion of administrative remedies requirements, etc. Griffith thoroughly addresses these issues within his contemporaneously filed motion entitled 'Plaintiff's Response to the 'Special Report' of Defendants Leverette and Dulaney', and its accompanying affidavit rebutting the allegations of Defendants Leverette and Dulaney.

Respectfully submitted on this 26th day of March, 2008.

*[signature]*
Jody Griffith
Pro se

---

[1] It appears that portions of the Nurses' Answer were apparently cut and pasted from an unrelated law suit template because other segments also refer to Griffith (a male inmate) using feminine pronouns.
[2] Griffith will address each and every one of the defenses itemized by the Nurses if this Court so desires.

## Certificate of Service

I hereby declare and affirm that I have served a copy of the foregoing motion on counsel for the defendants by placing the same in the U.S. Mail, postage pre-paid, addressed to William R. Lunsford, c/o Maynard, Cooper, and Gale, 655 Gallatin Street, Huntsville, AL, 35801, and the Office of the Attorney General, 11 S. Union Street, Montgomery, AL, 36130, on this 26th day of March, 2008.

*Jody Griffith*