IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JODY EDWIN GRIFFITH (AIS# 249169), | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:07-cv-00749-MEF-TFM |
| GARY ANDERSON; et al. | § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendants, Alfreda Delaney and Herbert Leverette, in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants,
Alfreda Delaney and Herbert Leverette

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

      Mr. Jody Edwin Griffith (AIS # 249169)
      Limestone Correctional Facility
      28779 Nick Davis Road
      Harvest, AL  35749

      The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

      Benjamin H. Albritton, Esq.
      OFFICE OF THE ATTORNEY GENERAL
      11 South Union Street
      Montgomery, AL  36139

      William R. Lunsford, Esq.
      MAYNARD, COOPER & GALE, P.C.
      655 Gallatin Street
      Huntsville, AL  35801

      /s/ PAUL M. JAMES, JR. (JAM017)
      OF COUNSEL