**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JODY EDWIN GRIFFITH, #249169,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 2:07-CV-00749** |
| ) | |
| **GARY ANDERSON, OFFICER** ) | |
| **PETERSON, ALFREDA DULANEY,** ) | |
| **AND HERBERT LEVERETTE,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

William R. Lunsford of Maynard, Cooper & Gale, P.C. respectfully requests this Court to hereby permit him to withdraw as counsel of record for Defendants Alfreda Dulaney and Herbert Leverette ("Defendants"). Defendants and undersigned counsel have agreed that Defendants will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully requests this Court to allow William R. Lunsford of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendants in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

/s/ William R. Lunsford
*One of the Attorneys for Alfreda Dulaney and Herbert Leverette*

William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

Jody Edwin Griffith (*via U.S. mail*)
AIS 249169
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

Benjamin Howard Albritton (*via electronic mail*)
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

Paul McGee James, Jr. (*via electronic mail*)
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

/s/ William R. Lunsford
Of Counsel