IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JODY EDWIN GRIFFITH, #249 169      *

    Plaintiff,      *

    v.      *      2:07-CV-749-MEF

GARY ANDERSON, *et al.*,      *

    Defendants.      *

_____

**ORDER**

Counsel for Defendants Dulaney and Leverette has filed a motion to withdraw. Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the above-named defendants on May 27, 2008 (*see Doc. No. 51*), it is

ORDERED that the motion to withdraw (*Doc. No. 58*) be and is hereby GRANTED.

Done, this 2nd day of June 2008.

                /s/ Terry F. Moorer
              TERRY F. MOORER
              UNITED STATES MAGISTRATE JUDGE